**E-FILED**
Monday, 04 June, 2012  01:14:44 PM
Clerk, U.S. District Court, ILCD

*MICHAEL E. KUNZ*
*CLERK'S OFFICE*
*CLERK OF COURT*

*ROOM 2609*
*(267) 299-7018*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURT HOUSE
601 MARKET STREET
PHILADELPHIA 19106-1797

**FILED**

JUN -4 2012

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RE:  ASBESTOS PRODUCTS LIABILITY LITIGATION (VI)   MDL 875
**Conditional Remand Order**

Dear Sir/Madam:

The enclosed **certified copy of** a Conditional Remand Order is being mailed to you.  This order has been issued by the Judicial Panel on Multidistrict Litigation directing each of the cases on the attached list to be remanded back to your court.  Pursuant to this order, please file this certified copy in your specific case and re-open the case in your court now that the Panel has returned jurisdiction of this case to you.  Any questions please contact me at (267) 299-7018. Thank You and Have a Good Day.

Sincerely,

MICHAEL E. KUNZ
CLERK OF COURT



Tom Dempsey
MDL Docketing Clerk

Enclosure

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: ASBESTOS PRODUCTS LIABILITY**
**LITIGATION (NO. VI)**

2:96-02071

MDL No. 875

(SEE ATTACHED SCHEDULE)

**FILED**

JUN - 4 2012

**CONDITIONAL REMAND ORDER**

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

The transferee court in this litigation has, in the actions on this conditional remand order: (1) severed all claims for punitive or exemplary damages; and (2) advised the Panel that coordinated or consolidated pretrial proceedings with respect to the remaining claims have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that all claims in the action(s) on this conditional remand order except the severed damages claims be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Pennsylvania.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Eastern District of Pennsylvania with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleadings or other matter filed so as to enable said Clerk to comply with the order of remand.

---

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**May 29, 2012**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

---

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY CERTIFIED TO FROM THE RECORD

DATED: 5/30/12

ATTEST: Tom Dargan

DEPUTY CLERK UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                    MDL No. 875

**SCHEDULE FOR CRO**

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| DIST | DIV. | C.A.NO. | DIST | DIV. | C.A.NO. | CASE CAPTION |
| PAE | 2 | 11−60006 | AZ | 2 | 94−00867 | ANDERSON et al v. ACSINC et al |
| PAE | 2 | 10−68122 | ILC | 1 | 99−01263 | GOEKEN v. AC AND S INC et al |
| PAE | 2 | 08−92034 | ILC | 2 | 94−02282 | KINSER et al v. ANCHOR PACKING COMPANY et al |
| PAE | 2 | 08−92066 | ILC | 2 | 96−02071 | GEHRT v. ACANDS, INC. et al |
| PAE | 2 | 11−66748 | ILN | 1 | 11−01954 | WRIGHT v. AW CHESTERTON COMPANY et al |
| PAE | 2 | 11−60071 | MD | 1 | 11−00013 | CHEEK v. JOHN CRANE−HOUDAILLE, INC. et al |
| PAE | 2 | 09−70150 | NCW | 1 | 09−00167 | KRUMROY et al v. HOBART BROTHERS COMPANY et al |
| PAE | 2 | 09−80041 | NCW | 1 | 09−00224 | SUTTLE et al v. 3M COMPANY et al |
| ~~PAE~~ | ~~2~~ | ~~11−63482~~ | ~~WIE~~ | ~~1~~ | ~~11−00061~~ | ~~ANDERSON v. AW CHESTERTON COMPANY et al~~ Opposed 05/25/2012 |
| PAE | 2 | 10−61116 | WIW | 3 | 09−00726 | BUSHMAKER v. A.W. CHESTERTON COMPANY et al |

\* − denotes that the civil action has been severed.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS     :     Consolidated Under
LIABILITY LITIGATION (No. VI) :    MDL DOCKET NO. 875
                             :
                             :     Transferred from the Central
GEHRT          **FILED**      :     District of Illinois, Case
                             :     No. 96-02071
    v.         MAY 1 6 2012   :
                             :
AC & S, INC., et MICHAEL E. KUNZ, Clerk :    E.D. PA No. 2:08-cv-92066
                 By_____Dep. Clerk

### SUGGESTION OF REMAND

**AND NOW,** this **15th** day of **May, 2012**, it is hereby

**ORDERED** that, upon review of the above captioned case under MDL-

875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the

Court finds that, as to the above-captioned case:

    a.) Plaintiff has complied with MDL-875 Administrative

    Orders 12 and 12A (see the MDL 875 website's Administrative

    Orders page, at http://www.paed.uscourts.gov/mdl875d.asp).

    b.) Parties have completed their obligations under the Rule

    16 order issued by the Court (see doc. no. 4).

    c.) All discovery has been completed.

    d.) The Court has adjudicated all outstanding motions,

    including dispositive motions. Particularly relevant rulings

    include:

            i.    Motion for Summary Judgment of Defendant CBS
                  Corp. was granted in part and denied in part
                  (doc. no. 265).

1

e.) Rule 18 settlement discussions have been exhausted at this time as to the remaining viable defendants.

f.) The Court finds that this case is prepared for trial without delay once on the transferor court's docket, subject to any trial-related motions in limine (including Daubert challenges).[1]

g.) The remaining viable Defendants for trial are:

    i.   CBS Corporation
    ii.  Union Carbide Corporation
    iii. Owens-Illinois, Inc.

---

[1]    Defendant CBS Corp. ("CBS") has argued to the MDL Court that a suggestion of remand of this case is premature at this point.

First, CBS argues that because Judge Strawbridge has not explicitly approved remand of this case, and because Plaintiff has not listed specific reasons why the case should be remanded, remand is premature. The MDL Court rejects these arguments, because cases are routinely remanded without magistrate judges' express approval. The language that CBS cites indicating that a "mediator" must approve remand does not apply to Magistrate Judge Strawbridge, who is not a "mediator" in this case. Additionally, it is the policy of the MDL Court to suggest remand of cases that have gone through the summary judgment stage. (Of course, the option remains open for counsel to consent to having a trial in the Eastern District of Pennsylvania, as discussed infra.)

CBS also argues that Daubert motions are outstanding. Specifically, there is an outstanding Daubert motion that will affect fifty cases in MDL 875 in the cases represented by Cascino Vaughan Law Offices. However, both Plaintiffs' counsel and Defense counsel in the Cascino Vaughan cases chose the fifty cases to which that Daubert motion would apply, and the present case is not on that list. Defendant can bring any outstanding pre-trial evidentiary issues to the attention of the transferor court, which, as the trial court for this case, would be best equipped to expeditiously decide such issues in advance of trial.

h.) Any demand for punitive damages is severed, and claims for punitive or exemplary damages are retained by the MDL-875 Court. See Fed. R. Civ. P. 42(b).

Accordingly, the Court **SUGGESTS** that the above-captioned case should be **REMANDED** to the United States District Court for the **Central District of Illinois** for resolution of all matters pending within this case except punitive damages.[2]

Alternatively, parties in the below-listed cases have **seven (7) days** within which to consent to a trial before an Article III or Magistrate Judge in the Eastern District of Pennsylvania. In such an event, if consent is granted, a trial will be scheduled within sixty (60) days, on a date convenient to the parties in Philadelphia, Pennsylvania, and the Suggestion of Remand will be vacated.

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO, J.

---

[2]    The Court finds that the issue of punitive damages must be resolved at a future date with regard to the entire MDL-875 action, and therefore any claims for punitive or exemplary damages are hereby **SEVERED** from this case and retained by the MDL-875 Court in the Eastern District of Pennsylvania. See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000) ("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand."); see also In re Roberts, 178 F.3d 181 (3d Cir. 1999).

3

## SUGGESTION OF REMAND MEMORANDUM
Updated November 4, 2011

**To:** Transferor Judge
**From:** Judge Eduardo C. Robreno, Presiding Judicial Officer, MDL 875
**Re:** Asbestos case that has been transferred to your court

---

### Status of the case that has been transferred from the Eastern District of Pennsylvania

This case has been transferred back to the transferor court, from the MDL 875 Court in the Eastern District of Pennsylvania.

Cases that are remanded to transferor courts are ordinarily ready for trial, pursuant to this Court's Administrative Order No. 18 (see http://www.paed.uscourts.gov/mdl875d.asp).

Specific information regarding the history of a specific case while it was in the MDL 875 Court can be found in the Suggestion of Remand (above) that the MDL Court submitted to the Judicial Panel on Multidistrict Litigation in connection with its Order.

### History of MDL 875, In re: Asbestos Products Liability Litigation

MDL 875, In re: Asbestos Products Liability Litigation, involves issues relating to personal injury damages caused by asbestos products. It currently consists of about 12,000 cases transferred by the Judicial Panel on Multidistrict Litigation, which has been transferring cases to the Eastern District of Pennsylvania since 1991. Each case typically consists of claims by multiple plaintiffs against multiple defendants. Since its inception, the litigation has involved more than 100,000 cases and up to ten million claims, including land-based and maritime claims ("MARDOC").

Beginning with Administrative Order No. 12 (see http://www.paed.uscourts.gov/mdl875d.asp) in 2008, the Court initiated an aggressive, pro-active policy to facilitate the processing of cases. The policy involves giving newly transferred cases scheduling orders; setting cases for settlement conferences; having motion hearings; and remanding trial-ready cases to transferor courts, or, in the alternative, holding trials in the Eastern District of Pennsylvania (if so requested by the parties).

### Resources available for transferor courts on the MDL 875 website

More information about the history of MDL 875 can be found on the Eastern District of Pennsylvania's MDL 875 website at http://www.paed.uscourts.gov/mdl875a.asp. Additionally, all Administrative Orders issued in this litigation (including current Orders and those no longer in effect) can be found at http://www.paed.uscourts.gov/mdl875d.asp.

Also on the website is an Excel spreadsheet of all decisions issued by the Presiding Officer on

4

substantive and procedural matters since 2008 (see http://www.paed.uscourts.gov/mdl875n.asp). This spreadsheet is updated regularly, and it can be sorted by jurisdiction, case caption, subject matter, party name, etc. It is also word searchable. The MDL-875 Court intends this spreadsheet to be a helpful resource for transferor courts addressing issues similar to those already addressed by the MDL-875 Court.

Other options available to assist the Transferor Court with legal research include searchable databases created by LexisNexis and Westlaw. Directions on how to access these databases can be found on http://www.paed.uscourts.gov/mdl875n.asp.

**Contact information for the MDL 875 Court**

The MDL 875 Court is ready, willing and able to assist the transferor court with any matters relating to the transfer of the case or any substantive or procedural issues that may arise.

You may contact the Presiding Judicial Officer (Judge_Eduardo_Robreno@paed.uscourts.gov), the MDL 875 asbestos law clerk (Michele_Ventura@paed.uscourts.gov or (267) 299-7422), or the Clerk's Office ((267) 299-7012) for further assistance.

**Intercircuit Assignment Committee**

The Intercircuit Assignment Committee of the Judicial Conference, under the leadership of Judge J. Frederick Motz of the District of Maryland, can assist in the identification and assignment of a senior judge from another District who is ready, willing and able to preside over the trial of this case. If appropriate, please contact Judge Motz at Judge_J_Frederick_Motz@mdd.uscourts.gov or (410) 962-0782.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS    :    Consolidated Under
LIABILITY LITIGATION (No. VI) :    MDL DOCKET NO. 875
                            :
                            :
GEHRT            **FILED** :    Transferred from the Central
                            :    District of Illinois, Case
    v.           MAY 2 1 2012 :    No. 96-02071
                            :
AC & S, INC., et al MICHAEL E. KUNZ, Clerk    E.D. PA No. 2:08-cv-92066
                     By_____Dep. Clerk

## <u>**AMENDED SUGGESTION OF REMAND**[1]</u>

**AND NOW**, this **21st** day of **May, 2012**, it is hereby

**ORDERED** that, upon review of the above captioned case under MDL-

875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the

Court finds that, as to the above-captioned case:

a.) Plaintiff has complied with MDL-875 Administrative

Orders 12 and 12A (<u>see</u> the MDL 875 website's Administrative

Orders page, at <u>http://www.paed.uscourts.gov/mdl875d.asp</u>).

b.) Parties have completed their obligations under the Rule

16 order issued by the Court (<u>see</u> doc. no. 4).

c.) All discovery has been completed.

d.) The Court has adjudicated all outstanding motions,

including dispositive motions. Particularly relevant rulings

include:

---

[1]    The original Suggestion of Remand in this case
incorrectly stated that Owens-Illinois, Inc. was a remaining
defendant in this case.

1

      i.    Motion for Summary Judgment of Defendant CBS
            Corp. was granted in part and denied in part
            (doc. no. 265).

e.) Rule 18 settlement discussions have been exhausted at

this time as to the remaining viable defendants.

f.) The Court finds that this case is prepared for trial

without delay once on the transferor court's docket, subject

to any trial-related motions *in limine* (including *Daubert*

challenges).[2]

g.) The remaining viable Defendants for trial are:

---

     [2]    Defendant CBS Corp. ("CBS") has argued to the MDL Court
that a suggestion of remand of this case is premature at this
point.

     First, CBS argues that because Judge Strawbridge has
not explicitly approved remand of this case, and because
Plaintiff has not listed specific reasons why the case should be
remanded, remand is premature. The MDL Court rejects these
arguments, because cases are routinely remanded without
magistrate judges' express approval. The language that CBS cites
indicating that a "mediator" must approve remand does not apply
to Magistrate Judge Strawbridge, who is not a "mediator" in this
case. Additionally, it is the policy of the MDL Court to suggest
remand of cases that have gone through the summary judgment
stage. (Of course, the option remains open for counsel to consent
to having a trial in the Eastern District of Pennsylvania, as
discussed *infra*.)

     CBS also argues that *Daubert* motions are outstanding.
Specifically, there is an outstanding *Daubert* motion that will
affect fifty cases in MDL 875 in the cases represented by Cascino
Vaughan Law Offices. However, both Plaintiffs' counsel and
Defense counsel in the Cascino Vaughan cases chose the fifty
cases to which that *Daubert* motion would apply, and the present
case is not on that list. Defendant can bring any outstanding
pre-trial evidentiary issues to the attention of the transferor
court, which, as the trial court for this case, would be best
equipped to expeditiously decide such issues in advance of trial.

        i.   CBS Corporation
        ii.  Union Carbide Corporation

h.) Any demand for punitive damages is severed, and claims for punitive or exemplary damages are retained by the MDL-875 Court. <u>See</u> Fed. R. Civ. P. 42(b).

Accordingly, the Court **SUGGESTS** that the above-captioned case should be **REMANDED** to the United States District Court for the **Central District of Illinois** for resolution of all matters pending within this case except punitive damages.[3]

Alternatively, parties in the below-listed cases have **seven (7) days** within which to consent to a trial before an Article III or Magistrate Judge in the Eastern District of Pennsylvania. In such an event, if consent is granted, a trial will be scheduled within sixty (60) days, on a date convenient to the parties in Philadelphia, Pennsylvania, and the Suggestion of Remand will be vacated.

**AND IT IS SO ORDERED.**

_Edward C. Robreno, J._

---

[3]    The Court finds that the issue of punitive damages must be resolved at a future date with regard to the entire MDL-875 action, and therefore any claims for punitive or exemplary damages are hereby **SEVERED** from this case and retained by the MDL-875 Court in the Eastern District of Pennsylvania. <u>See</u> <u>In re Collins</u>, 233 F.3d 809, 810 (3d Cir. 2000) ("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand."); <u>see also</u> <u>In re Roberts</u>, 178 F.3d 181 (3d Cir. 1999).

# SUGGESTION OF REMAND MEMORANDUM
Updated November 4, 2011

**To:** Transferor Judge
**From:** Judge Eduardo C. Robreno, Presiding Judicial Officer, MDL 875
**Re:** Asbestos case that has been transferred to your court

---

## Status of the case that has been transferred from the Eastern District of Pennsylvania

This case has been transferred back to the transferor court, from the MDL 875 Court in the Eastern District of Pennsylvania.

Cases that are remanded to transferor courts are ordinarily ready for trial, pursuant to this Court's Administrative Order No. 18 (see http://www.paed.uscourts.gov/mdl875d.asp).

Specific information regarding the history of a specific case while it was in the MDL 875 Court can be found in the Suggestion of Remand (above) that the MDL Court submitted to the Judicial Panel on Multidistrict Litigation in connection with its Order.

## History of MDL 875, In re: Asbestos Products Liability Litigation

MDL 875, In re: Asbestos Products Liability Litigation, involves issues relating to personal injury damages caused by asbestos products. It currently consists of about 12,000 cases transferred by the Judicial Panel on Multidistrict Litigation, which has been transferring cases to the Eastern District of Pennsylvania since 1991. Each case typically consists of claims by multiple plaintiffs against multiple defendants. Since its inception, the litigation has involved more than 100,000 cases and up to ten million claims, including land-based and maritime claims ("MARDOC").

Beginning with Administrative Order No. 12 (see http://www.paed.uscourts.gov/mdl875d.asp) in 2008, the Court initiated an aggressive, pro-active policy to facilitate the processing of cases. The policy involves giving newly transferred cases scheduling orders; setting cases for settlement conferences; having motion hearings; and remanding trial-ready cases to transferor courts, or, in the alternative, holding trials in the Eastern District of Pennsylvania (if so requested by the parties).

## Resources available for transferor courts on the MDL 875 website

More information about the history of MDL 875 can be found on the Eastern District of Pennsylvania's MDL 875 website at http://www.paed.uscourts.gov/mdl875a.asp. Additionally, all Administrative Orders issued in this litigation (including current Orders and those no longer in effect) can be found at http://www.paed.uscourts.gov/mdl875d.asp.

Also on the website is an Excel spreadsheet of all decisions issued by the Presiding Officer on substantive and procedural matters since 2008 (see http://www.paed.uscourts.gov/mdl875n.asp). This spreadsheet is updated regularly, and it can be sorted by jurisdiction, case caption, subject matter, party name, etc. It is also word searchable. The MDL-875 Court intends this spreadsheet to be a helpful resource for transferor courts addressing issues similar to those already addressed by the MDL-875 Court.

Other options available to assist the Transferor Court with legal research include searchable databases created by LexisNexis and Westlaw. Directions on how to access these databases can be found on http://www.paed.uscourts.gov/mdl875n.asp.

**Contact information for the MDL 875 Court**

The MDL 875 Court is ready, willing and able to assist the transferor court with any matters relating to the transfer of the case or any substantive or procedural issues that may arise.

You may contact the Presiding Judicial Officer (Judge_Eduardo_Robreno@paed.uscourts.gov), the MDL 875 asbestos law clerk (Michele_Ventura@paed.uscourts.gov or (267) 299-7422), or the Clerk's Office ((267) 299-7012) for further assistance.

**Intercircuit Assignment Committee**

The Intercircuit Assignment Committee of the Judicial Conference, under the leadership of Judge J. Frederick Motz of the District of Maryland, can assist in the identification and assignment of a senior judge from another District who is ready, willing and able to preside over the trial of this case. If appropriate, please contact Judge Motz at Judge_J_Frederick_Motz@mdd.uscourts.gov or (410) 962-0782.

5

ASBESTOS,CASREF/ASB,CVLO-TOP TEN,DS/ASB,IL-C,MDL-875

**United States District Court**
**Eastern District of Pennsylvania (Philadelphia)**
**CIVIL DOCKET FOR CASE #: 2:08-cv-92066-ER**
**Internal Use Only**



FILED

JUN - 4 2012

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

GEHRT v. ACANDS, INC. et al
Assigned to: HONORABLE EDUARDO C. ROBRENO
Referred to: MAGISTRATE JUDGE DAVID R.
STRAWBRIDGE (Settlement)
Case in other court: IL-C, 96-02071
Cause: 28:1332 Diversity-Asbestos Litigation

Date Filed: 12/17/2008
Jury Demand: None
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Diversity

**Plaintiff**

**PAUL W GEHRT**

represented by **MICHAEL P. CASCINO**
CASCINO VAUGHAN LAW
OFFICES LTD
220 S. ASHLAND AVENUE
CHICAGO, IL 60607
312-944-0600
Fax: 312-944-1870
Email: ecf.cvlo@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MARK D. HITT**
CASCINO VAUGHAN LAW
OFFICES LTD
220 SOUTH ASHLAND AVE
CHICAGO, IL 60607
312-944-0600
Email: mdhitt@cvlo.com
*ATTORNEY TO BE NOTICED*

**ROBERT G. MCCOY**
CASCINO VAUGHAN LAW
OFFICES
220 S ASHLAND AVE
CHICAGO, IL 60607
312-944-0600
Email: bmccoy@cvlo.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**ACANDS, INC.**

represented by **DENNIS J. DOBBELS**

*TERMINATED: 02/17/2011*

POLSINELLI SHUGHART
TWELVE WYANDOTTE PLAZA
120 W. 12TH STREET
KANSAS CITY, MO 64105
*TERMINATED: 02/17/2011*
*LEAD ATTORNEY*

**JEFFERY J MATTHEWS**
HARRANG LONG GARY RUDNICK, PC
PO BOX 11620
EUGENE, OR 97440-3820
*TERMINATED: 02/17/2011*
*LEAD ATTORNEY*

**Defendant**

**DRESSER INDUSTRIES INC**
*INDIVIDUALLY AND AS SUCCESSOR TO HARBISON WLAKER REFRACTORIES, WORTHINGTON CORP., AND PACIFIC PUMPS*
*TERMINATED: 02/17/2011*

represented by **JAMES R. CARTER**
CARTER LAW OFFICES
416 MAIN ST. STE 529
COMMERCE BANK BLDG
PEORIA, IL 61602
309-673-3517
Email: mdl875@jcarterlaw.com
*TERMINATED: 02/17/2011*
*LEAD ATTORNEY*

**ZANE L. LUCAS , JR.**
7334 E. PLEASANT RUN
SCOTTSDALE, AZ 85258
*TERMINATED: 02/17/2011*
*LEAD ATTORNEY*

**Defendant**

**GARLOCK INC.**
*TERMINATED: 02/17/2011*

represented by **TIMOTHY LAWRENCE KRIPPNER**
SEGAL, MC CAMBRIDGE, SINGER & MAHONEY
SEARS TOWER SUITE 5500
233 S WACKER DR
CHICAGO, IL 60606
312-645-7800
Email: tkrippner@smsm.com
*TERMINATED: 02/17/2011*
*LEAD ATTORNEY*

**WILLIAM F. MAHONEY**
SEGAL McCAMBRIDGE SINGER MAHONEY, LTD.
233 S. WACKER DRIVE
SUITE 5500

CHICAGO, IL 60606
312-645-7806
Email: wmahoney@smsm.com
*TERMINATED: 02/17/2011*
*LEAD ATTORNEY*

**Defendant**

**GENERAL REFRACTORIES CO**              represented by   **ROBERT SPITKOVSKY , JR.**
*TERMINATED: 11/09/2011*                                 JOHNSON & BELL
                                                         33 W. MONROE ST. STE 2700
                                                         CHICAGO, IL 60603
                                                         312-372-0770
                                                         Email: spitkovsky@jbltd.com
                                                         *TERMINATED: 11/09/2011*
                                                         *LEAD ATTORNEY*

                                                         **WILLIAM V. JOHNSON**
                                                         JOHNSON AND BELL, LTD.
                                                         33 W. MONROE ST., STE 2700
                                                         CHICAGO, IL 60603
                                                         *TERMINATED: 11/09/2011*

**Defendant**

**GEORGIA-PACIFIC, LLC**                 represented by   **FRANCIS PETER MORRISSEY**
*TERMINATED: 02/27/2012*                                 BURKE WISE MORRISSEY &
                                                         KAVENY
                                                         161 N. CLARK ST.,STE 3250
                                                         CHICAGO, IL 60601-3206
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **JOSEPH J. O'HARA , JR.**
                                                         SCHIFF HARDIN LLP
                                                         233 SOUTH WACKER DRIVE
                                                         SUITE 6600
                                                         CHICAGO, IL 60606-6360
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **DAVID M. SETTER**
                                                         FORMAN PERRY WATKINS
                                                         KRUTZ & TARDY
                                                         1775 SHERMAN ST., #1900
                                                         DENVER, CO 80203
                                                         303-837-6400
                                                         Email: dmsetter@fpwk.com
                                                         *ATTORNEY TO BE NOTICED*

                                                         **JENNIFER MARIE STUDEBAKER**
                                                         FORMAN PERRY WATKINS

KRUTZ & TARDY
200 SOUTH LAMAR ST
JACKSON, MS 39201-2131
601-960-8600
Email: studebakerjm@fpwk.com
*ATTORNEY TO BE NOTICED*

**MICHAEL W. DRUMKE**
HEPLERBROOM LLC
150 NORTH WACKER DR
SUITE 3100
CHICAGO, IL 60606-1659
312-230-9100
Email: mdrumke@smbtrials.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**W R GRACE COMPANY**
*INDIVIDUALLY AND SUCCESSOR
TO AMICON; DEARBORN
CHEMCIAL; DEWEY & ALMY
CHEMICAL CO.
TERMINATED: 02/17/2011*

represented by **BRET S. BABCOCK**
BABCOCK LAW OFFICES
SUITE 1720
411 HAMILTON BOULEVARD
PEORIA, IL 61602
Fax: MDL TERMINATED
*TERMINATED: 06/01/2009
LEAD ATTORNEY*

**Defendant**

**MINNESOTA MINING AND
MANUFACTURING COMPANY**
*TERMINATED: 11/09/2011*

represented by **EDWARD J. MCCAMBRIDGE**
SEGAL MC CAMBRIDGE SINGER &
MAHONEY
233 S. WACKER DRIVE
SEARS TOWER SUITE 5500
CHICAGO, IL 60606
312-645-7800
Email: emccambridge@smsm.com
*TERMINATED: 11/09/2011
LEAD ATTORNEY*

**JASON L. KENNEDY**
SEGAL MCCAMBRIDGE SINGER
AND MAHONEY LTD
SEARS TOWER
233 S. WACKER DR STE 5500
CHICAGO, IL 60606
312-645-7800
Email: jkennedy@smsm.com
*TERMINATED: 11/09/2011
LEAD ATTORNEY*

**TIMOTHY LAWRENCE**

KRIPPNER
(See above for address)
*TERMINATED: 11/09/2011*
*LEAD ATTORNEY*

**WILLIAM F. MAHONEY**
(See above for address)
*TERMINATED: 11/09/2011*
*LEAD ATTORNEY*

**Defendant**

**NORTH AMERICAN**               represented by   **KENNETH M. GORENBERG**
**REFRACTORIES CO.**                              BARNES & THORNBURG LLP
*TERMINATED: 02/17/2011*                          ONE NORTH WACKER DR.
                                                  SUITE 4400
                                                  CHICAGO, IL 60606-2841
                                                  *TERMINATED: 02/17/2011*
                                                  *LEAD ATTORNEY*

                                                  **PATRICIA L. MCCARTHY**
                                                  WILDMAN HARROLD
                                                  225 WEST WACKER DR
                                                  SUITE 3000
                                                  CHICAGO, IL 60606-1229
                                                  Fax: MDL TERMINATED
                                                  *TERMINATED: 02/16/2012*
                                                  *LEAD ATTORNEY*

                                                  **ROBERT L. SHUFTAN**
                                                  EDWARDS, WILDMAN AND
                                                  PALMER, LLP
                                                  225 WEST WACKER DRIVE
                                                  SUITE 3000
                                                  CHICAGO, IL 60606
                                                  Fax: UNDELIVERABLE
                                                  *TERMINATED: 02/17/2011*
                                                  *LEAD ATTORNEY*

**Defendant**

**OWENS-CORNING FIBERGLAS**      represented by   **MICHAEL T. KOKAL**
**CORP.**                                         HEYL ROYSTER VOELKER &
*TERMINATED: 02/17/2011*                          ALLEN
                                                  PO BOX 467
                                                  105 W VANDALIA STREET
                                                  EDWARDSVILLE, IL 62025-0467
                                                  *TERMINATED: 02/17/2011*
                                                  *LEAD ATTORNEY*

                                                  **STEPHEN R. KAUFMANN**
                                                  HEPLER BROOM MACDONALD

HEBRANK
SUITE 100
400 S. NINETH STREET
SPRINGFIELD, IL 62701
*TERMINATED: 02/17/2011*
*LEAD ATTORNEY*

**Defendant**

**PITTSBURGH CORNING
CORPORATION**
*TERMINATED: 02/17/2011*

represented by **DENNIS J. DOBBELS**
(See above for address)
*TERMINATED: 02/17/2011*
*LEAD ATTORNEY*

**JEFFERY J MATTHEWS**
(See above for address)
*TERMINATED: 02/17/2011*
*LEAD ATTORNEY*

**Defendant**

**PPG INDUSTRIES INC**
*TERMINATED: 02/17/2011*

represented by **THOMAS M. BURNHAM**
OFFICE OF THE STATES
ATTORNEY
RICHARD J. DALEY CENTER
ROOM 500
CHICAGO, IL 60602-1305
Fax: MDL TERMINATED
*TERMINATED: 06/30/2011*
*LEAD ATTORNEY*

**Defendant**

**RAPID AMERICAN CORP**
*INDIVIDUALLY AND AS SUCCESSOR
CORPORATION TO PHILIP CAREY
MANUFACTURING CO.*
*TERMINATED: 01/31/2012*

represented by **DENNIS J. GRABER**
HINSHAW & CULBERTSON
521 WEST MAIN ST. STE 300
PO BOX 509
BELLEVILLE, IL 62222
*TERMINATED: 03/29/2010*
*LEAD ATTORNEY*

**JEFFREY T. REEL**
THE REEL LAW FIRM P.C.
#3 EXECUTIVE WOODS COURT
SUITE #1100
BELLEVILLE, IL 62226
*TERMINATED: 01/31/2012*
*LEAD ATTORNEY*

**ROGER K. HEIDENREICH**
SNR DENTON US LLP
ONE METROPOLITAN SQ STE 3000
ST. LOUIS, MO 63102-2741

314-241-1800
Email:
roger.heidenreich@snrdenton.com
*TERMINATED: 01/31/2012*
*LEAD ATTORNEY*

**AMIEL GROSS**
SNR DENTON US LLP
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1089
212-768-6700
Email: amiel.gross@snrdenton.com
*TERMINATED: 01/31/2012*

**C. KATE DOUGLAS**
SNR DENTON US LLP
ONE METROPOLITAN SQ STE 3000
ST. LOUIS, MO 63102-2741
314-241-1800
Email: kate.douglas@snrdenton.com
*TERMINATED: 01/31/2012*

**Defendant**

**UNITED STATES MINERALS PRODUCTS CO**
*INDIVIDUALLY AND AS SUCCESSOR TO CAFCO*
*TERMINATED: 02/17/2011*

represented by **MATTHEW J. FISCHER**
SCHIFF HARDIN & WAITE
7200 SEARS TOWER
CHICAGO, IL 60606
312-258-5591
Email: mfischer@schiffhardin.com
*TERMINATED: 02/17/2011*
*LEAD ATTORNEY*

**Defendant**

**WESTINGHOUSE ELECTRIC CORPORATION**
*INDIVIDUALLY AND AS SUCCESSOR IN LIABILITY TO WESCO*
*TERMINATED: 02/17/2011*

represented by **KAYCE L. GISINGER**
ABOWITZ TIMBERLAKE & DAHNKE
105 NORTH HUDSON
10TH FLOOR
P.O. BOX 1937
OKLAHOMA, OK 73101
405-236-4645
Email: klg@abowitzlaw.com
*TERMINATED: 02/17/2011*
*LEAD ATTORNEY*

**MURRAY E. ABOWITZ**
ABOWITZ TIMBERLAKE & DAHNKE PC
POBOX 1937
OKLAHOMA CITY, OK 73101

2:96-cv-02071-JTG  #99  Page 21 of 66

TERMINATED: 02/17/2011
*LEAD ATTORNEY*

**JENNIFER MARIE STUDEBAKER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**ARMSTRONG WORLD
INDUSTRIES, INC.**
*TERMINATED: 02/17/2011*

represented by **KENT L. PLOTNER**
HEYL ROYSTER VOELKER &
ALLEN
MARK TWAIN PLZ III
105 WEST VANDALIA ST STE 100
EDWARDSVILLE, IL 62035
618-656-4646
Email: kplotner@heylroyster.com
*TERMINATED: 02/17/2011*
*LEAD ATTORNEY*

**Defendant**

**GAF CORPORATION**
*TERMINATED: 02/17/2011*

represented by **KENT L. PLOTNER**
(See above for address)
*TERMINATED: 02/17/2011*
*LEAD ATTORNEY*

**Defendant**

**ASBESTOS CLAIMS
MANAGEMENT CORPORATION**
*TERMINATED: 02/17/2011*
*formerly known as*
NATIONAL GYPSUM COMPANY

represented by **KENT L. PLOTNER**
(See above for address)
*TERMINATED: 02/17/2011*
*LEAD ATTORNEY*

**Defendant**

**C S R LTD**
*TERMINATED: 02/17/2011*

**Defendant**

**A.W. CHESTERTON COMPANY**
*TERMINATED: 10/06/2011*

represented by **JON BAROOSHIAN**
COOLEY, MANION, JONES LLP
21 CUSTOM HOUSE STREET
BOSTON, MA 02110
617-737-3100
Email: jbarooshian@cmjlaw.com
*TERMINATED: 10/06/2011*
*LEAD ATTORNEY*

**Defendant**

**AIRGAS MERCHANT GASES LLC**
*AS SUCCESSOR IN INTEREST TO
AGA GAS, INC.*

represented by **JENNIFER J. KALAS**
HINSHAW & CULBERTSON
322 INDIANAPOLIS BLVD STE 201

*TERMINATED: 10/13/2011*                              SCHERERVILLE, IN 46375
                                                      219-864-5051
                                                      Email: jkalas@hinshawlaw.com
                                                      *TERMINATED: 10/13/2011*
                                                      *LEAD ATTORNEY*

**Defendant**

**BECHTEL CONSTRUCTION**          represented by    **KENT L. PLOTNER**
**COMPANY**                                         (See above for address)
*TERMINATED: 11/09/2011*                            *TERMINATED: 11/09/2011*

                                                    **TOBIN J. TAYLOR**
                                                    HEYL ROYSTER VOELKER &
                                                    ALLEN
                                                    124 S.W. ADAMS ST. #600
                                                    PEORIA, IL 61602
                                                    309-676-0400
                                                    Email: ttaylor@heylroyster.com
                                                    *TERMINATED: 11/09/2011*

**Defendant**

**CBS CORPORATION**               represented by    **DAVID M. SETTER**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **JENNIFER MARIE STUDEBAKER**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **RICHARD M. LAUTH**
                                                    EVERT & WEATHERSBY
                                                    3405 PEIDMONT ROAD
                                                    SUITE 225
                                                    ATLANTA, GA 30305
                                                    678-651-1200
                                                    Email: rmlauth@ewhlaw.com
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**CERTAINEED CORPORATION**        represented by    **CAROL J. PERKINS**
*TERMINATED: 02/27/2012*                            HEYL ROYSTER VOELKER ALLEN
                                                    124 SW ADAMS ST STE 600
                                                    PEORIA, IL 61602
                                                    309-676-0400
                                                    Email: cperkins@heylroyster.com
                                                    *ATTORNEY TO BE NOTICED*

                                                    **KENT L. PLOTNER**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**MARK A. LUDOLPH**
HEYL ROYSTER VOELKER &
ALLEN
124 SW ADAMS SUITE 600
PEORIA, IL 61602
309-676-0400
Email: mludolph@heylroyster.com
*ATTORNEY TO BE NOTICED*

**TOBIN J. TAYLOR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**EATON ELECTRICAL, INC.**
*AS SUCCESSOR TO CUTLER-
HAMMER INC.*
*TERMINATED: 11/09/2011*

represented by **JASON WAYNE RUBIN**
GOLDBERG, MILLER & RUBIN, PC
121 S. BROAD ST.
STE. 1500
PHILA, PA 19107
215-735-3994
Email: jrubin@gmrlawfirm.com
*TERMINATED: 11/09/2011*

**Defendant**

**FOSTER WHEELER LLC**
*TERMINATED: 05/10/2012*

represented by **ADAM J. JAGADICH**
SEGAL MCCAMBRIDGE SINGER &
MAHONEY LTD
SEARS TOWER
233 S. WACKER DR STE 5500
CHICAGO, IL 60606
312-645-7800
Email: ajagadich@smsm.com
*TERMINATED: 05/10/2012*

**EMILY C. ZAPOTOCNY**
SEGAL MCCAMBRIDGE SINGER &
MAHONEY LTD
SEARS TOWER
233 S. WACKER DR STE 5500
CHICAGO, IL 60606
312-645-8438
Email: ezapotocny@smsm.com
*TERMINATED: 05/10/2012*

**JASON L. KENNEDY**
(See above for address)
*TERMINATED: 05/10/2012*

**Defendant**

**GENERAL ELECTRIC COMPANY**          represented by   **MAJA C. EATON**
*TERMINATED: 04/02/2012*                                SIDLEY AUSTIN BROWN & WOOD
                                                        ONE S. DEARBORN ST.
                                                        CHICAGO, IL 60603
                                                        TEL 312-853-7000
                                                        Email: meaton@sidley.com
                                                        *TERMINATED: 04/02/2012*
                                                        *LEAD ATTORNEY*

                                                        **AMANDA D. SUMMERLIN**
                                                        FORMAN PERRY WATKINS
                                                        KRUTZ & TARDY LLP
                                                        1200 ONE JACKSON PLACE
                                                        188 EAST CAPITOL STREET
                                                        JACKSON, MS 39201
                                                        601-973-8991
                                                        Email: adsummerlin@fpwk.com
                                                        *TERMINATED: 04/02/2012*

                                                        **DANIEL J. MULHOLLAND**
                                                        FORMAN PERRY WATKINS
                                                        KRUTZ & TARDY
                                                        200 S. LAMAR STREET
                                                        SUITE 100
                                                        JACKSON, MS 39201
                                                        601-930-8602
                                                        Email: mulhollanddj@fpwk.com
                                                        *TERMINATED: 04/02/2012*

                                                        **DAVID M. SETTER**
                                                        (See above for address)
                                                        *TERMINATED: 04/02/2012*

                                                        **JENNIFER MARIE STUDEBAKER**
                                                        (See above for address)
                                                        *TERMINATED: 04/02/2012*

                                                        **JOHN ANTHONY FONSTAD**
                                                        SIDLEY AUSTIN LLP
                                                        ONE SOUTH DEARBORN
                                                        CHICAGO, IL 60603
                                                        312-853-0752
                                                        Email: jfonstad@sidley.com
                                                        *TERMINATED: 04/02/2012*

                                                        **JOHN M. SEEBOHM**
                                                        FORMAN PERRY WATKINS
                                                        KRUTZ TARDY LLP
                                                        1775 SHERMAN ST STE 1900
                                                        DENVER, CO 80203

303-837-6430
Email: jmseebohm@fpwk.com
*TERMINATED: 04/02/2012*

**THOMAS W. TARDY , III**
FORMAN PERRY WATKINS
KRUTZ & TARDY LLP
200 S. LAMAR ST. STE 100
JACKSON, MS 39201
601-960-8600
Fax: 601-960-8613
Email: ttardy@fpwk.com
*TERMINATED: 04/02/2012*

**WALTER G. WATKINS , JR.**
FORMAN PERRY WATKINS
KRUTZ & TARDY LLP
200 SOUTH LAMAR ST.
CITY CENTRE BUILDING SUITE
100
POBOX 22608
JACKSON, MS 39225-2608
601-960-8608
Fax: 601-960-8613
Email: wwatkins@fpwk.com
*TERMINATED: 04/02/2012*

---

**Defendant**

**HOBART BROTHERS COMPANY**
*TERMINATED: 10/05/2011*

represented by **CLARE M. MAISANO**
*EVERT WEATHERSBY HOUFF*
1300 SUN TRUST BLDG
120 E. BALTIMORE STREET
BALTIMORE, MD 21202
443-573-8500
Email: cmmaisano@ewhlaw.com
*TERMINATED: 10/05/2011*

---

**Defendant**

**LINCOLN ELECTRIC COMPANY**
*TERMINATED: 10/05/2011*

represented by **CLARE M. MAISANO**
(See above for address)
*TERMINATED: 10/05/2011*

---

**Defendant**

**LINDE, INC.**
*F/K/A THE BOC GROUP AND/OR
AIRCO*
*TERMINATED: 10/05/2011*

represented by **CLARE M. MAISANO**
(See above for address)
*TERMINATED: 10/05/2011*

---

**Defendant**

**MARATHON OIL COMPANY**

represented by **MAIRI D. LOUGH**

*TERMINATED: 10/13/2011*

HUSCH BLACKWELL LLP
190 CARONDELET PLAZA STE 600
ST. LOUIS, MO 63105
314-480-1500
Email:
Mairi.Lough@huschblackwell.com
*TERMINATED: 10/13/2011*

**Defendant**

**MILLER ELECTRIC MFG. CO.**
*TERMINATED: 10/05/2011*

represented by **RONALD AUSTIN , JR.**
BROTHERS & THOMPSON PC
TWO PRUDENTIAL PLAZA
180 N. STETSON ST STE 4525
CHICAGO, IL 60601
312-372-2909
Email: RA2LAW@cs.com
*TERMINATED: 10/05/2011*
*LEAD ATTORNEY*

**Defendant**

**OWENS-ILLINOIS, INC.**

represented by **BRIAN O'CONNOR WATSON**
SCHIFF HARDIN LLP
233 S. WACKER DR STE 6600
CHICAGO, IL 60606
312-258-5500
Email: bwatson@schiffhardin.com
*ATTORNEY TO BE NOTICED*

**DAVID M. SETTER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**EDWARD M. CASMERE**
SCHIFF HARDIN LLP
233 S. WACKER DR
6600 SEARS TOWER
CHICAGO, IL 60606
312-258-5500
Email: ecasmere@schiffhardin.com
*ATTORNEY TO BE NOTICED*

**JENNIFER MARIE STUDEBAKER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOSHUA D. LEE**
SCHIFF HARDIN
233 S. WACKER DRIVE
SUITE 6600
CHICAGO, IL 60606

312-258-5649
Email: jdlee@schiffhardin.com
*ATTORNEY TO BE NOTICED*

**MATTHEW J. FISCHER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PETER A. MOIR**
QUILLING SELANDER
CUMMINSKEY & LOWNDS
2001 BRYAN STRREET
SUITE 1800
DALLAS, TX 75201
214-880-1819
Email: kholloman@qslwm.com
*ATTORNEY TO BE NOTICED*

**ROBERT H. RILEY**
SCHIFF HARDIN & WAITE
7200 SEARS TOWER
233 S. WACKER DR
CHICAGO, IL 60606
TEL 312-258-5500
Email: rriley@schiffhardin.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**UNION CARBIDE CORPORATION**          represented by     **DAVID M. SETTER**
                                                          (See above for address)
*TERMINATED: 03/20/2012*                                 *TERMINATED: 03/20/2012*

**KENT L. PLOTNER**
(See above for address)
*TERMINATED: 03/20/2012*

**ROBERT N. SPINELLI**
KELLEY JASONS MCGOWAN
SPINELLI & HANNA, LLP
50 S. 16TH ST.
TWO LIBERTY PL SUITE 1900
PHILADELPHIA, PA 19102
TEL 215-854-0658
Fax: FAX 215-854-8434
Email: rspinelli@kjms.com
*TERMINATED: 03/20/2012*

**TOBIN J. TAYLOR**
(See above for address)
*TERMINATED: 03/20/2012*

**Defendant**

**YOUNG INSULATION GROUP**
*TERMINATED: 09/07/2011*

represented by **GREGORY M. MCNAMEE**
SEGAL MCCAMBRIDGE SINGER &
MAHONEY, LTD.
1818 MARKET STREET
SUITE 2600
PHILADELPHIA, PA 19103
215-399-2016
Email: gmcnamee@smsm.com
*TERMINATED: 09/07/2011*

**JOSEPH CAGNOLI , JR.**
SEGAL, MCCAMBRIDGE SINGER &
MAHONEY
1818 MARKET STREET - SUITE
2600
PHILADELPHIA, PA 19103
215-972-8015
Fax: 215-972-8016
Email: jcagnoli@smsm.com
*TERMINATED: 09/07/2011*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/17/2008 | 1 | TRANSFER ORDER NO. 301 THAT THE CLERK OF COURT IS ORDERED TO INITIATE THE PROCEDURES FOR THE TRANSFER OF MDL 875 CASES FROM THE U.S.D.C. CENTRAL DISTRICT OF ILLINOIS, IN ACCORDANCE WITH THE TERMS OF THIS COURT'S ADMINISTRATIVE ORDER NO. 11. ENTERED AND COPIES MAILED. (shn, ) (Entered: 01/07/2009) |
| 12/17/2008 | 2 | ADMINISTRATIVE ORDER NO. 11 THAT THE MODIFICATIONS TO THE EXISTING PROCEDURES FOR THE PROCESSING OF CASES, DOCKETS, PLEADINGS AND ORDERS IN MDL 875 CASES ARE ADOPTED AS OUTLINED IN THIS ORDER, ETC. ENTERED AND COPIES MAILED. (shn, ) (Entered: 01/07/2009) |
| 12/17/2008 | 3 | NOTICE TO COUNSEL (shn, ) (Entered: 01/07/2009) |
| 06/01/2009 | 🔒 | (Court only) *** Attorney BRET S. BABCOCK terminated (deceased). (uh, ) (Entered: 06/01/2009) |
| 10/16/2009 | 151 | NOTICE OF WITHDRAWL OF APPEARANCE OF WILLIAM V. JOHNSON, JOHN A. CHILDERS, ED D'ARCY AND ROBERT SPITKOVSKY, JR., AND SUBSTITUTION OF JAMIE P. YADGAROFF IN THEIR PLACE AS COUNSEL FOR DEFENDANT GENERAL REFRACTORIES COMPANY IN THE CASES LISTED IN EXHIBIT A, ATTACHED. (aeg, ) (Entered: 12/27/2011) |
| 03/19/2010 | 4 | ORDER THAT A STATUS AND SCHEDULING CONFERENCE WILL |

|            |     | BE HELD IN THE CAPTIONED CASES ON TUESDAY, APRIL 13TH, 2010 AT 10:00 AM IN COURTROOM 11A, UNITED STATES COURTHOUSE, 601 MARKET STREET, PHILADELPHIA, PA 19106; AND THAT FAILURE TO APPEAR AT THE CONFERENCE SHALL RESULT IN THE DISMISSAL OF THE CASE WITHOUT PREJUDICE; ETC. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 3/16/2010. 3/20/2010 ENTERED AND COPIES MAILED, E-MAILED. (aeg, ) (Entered: 03/20/2010) |
| 03/26/2010 | 5   | Defendant Rapid-American Corporation hereby notifies all counsel of record that it has substituted Sonnenschein Nath & Rosenthal LLP for Hinshaw & Culbertson LLP as its counsel(HEIDENREICH, ROGER) (BEAUDRY, STEPHEN) CERTIFICATE OF SERVICE (Entered: 03/26/2010) |
| 03/29/2010 |     | ATTORNEY C. KATE DOUGLAS for RAPID AMERICAN CORP ADDED. ATTORNEY DENNIS J. GRABER TERMINATED. (lboy, ) (Entered: 03/29/2010) |
| 07/19/2010 | 6   | ORDER THAT A RULE TO SHOW CAUSE HEARING AND/OR STATUS AND SCHEDULING CONFERENCE FOR CASES IN WHICH PLAINTIFFS REPRESENTED BY THE CASCINO VAUGHAN LAW OFFICE IS SET FOR 8/17/10 AT 9:30 AM., ETC. ENTERED AND COPIES MAILED AND E-MAILED (SEE #7369 IN MDL 01-875).(tj, ) (Entered: 07/22/2010) |
| 08/24/2010 | 7   | ORDER THAT THE CASES LISTED IN EXHIBIT "A", ATTACHED, ARE REFERRED TO THE HONORABLE UNITED STATES DISTRICT JUDGE LOWELL A. REED, JR. FOR MEDIATION AND ALL NECESSARY PRETRIAL PROCEEDINGS. (SEE PAPER #7430 ON 01-MD-875 FOR CASE LIST). SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 8/18/10. 8/24/10 ENTERED AND COPIES MAILED, E-MAILED.(ahf) (Entered: 08/24/2010) |
| 10/08/2010 | 8   | MOTION For Leave to File First Amended Complaint filed by PAUL W GEHRT.Certificate of Service. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order, # 3 Plaintiff's first amended complaint)(CASCINO, MICHAEL) (Entered: 10/08/2010) |
| 02/17/2011 | 9   | ORDER THAT PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT IN THE CASES LISTED IN EXHIBIT "A", ATTACHED, AE GRANTED AS THEY ARE UNOPPOSED. IT IS FURTHER ORDERED THAT NO FURTHER MOTIONS FOR LEAVE TO AMEND SHALL BE FILED IN THE CASES REPRESENTED BY CASCINO VAUGHN LAW OFFICES THAT HAVE BEEN TRANSFERRED TO THE HON. LOWELL A. REED, JR. FOR MEDIATION UNTIL FURTHER NOTICE OF THE COURT. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 2/16/11. 2/18/11 ENTERED AND COPIES MAILED, E-MAILED.(mbh, ) (Entered: 02/18/2011) |
| 02/17/2011 | 10  | First Amended Complaint against A.W. CHESTERTON COMPANY, |

| | | AIRGAS MERCHANT GASES LLC, BECHTEL CONSTRUCTION COMPANY, CBS CORPORATION, CERTAINEED CORPORATION, EATON ELECTRICAL, INC., FOSTER WHEELER LLC, GENERAL ELECTRIC COMPANY, GENERAL REFRACTORIES CO, GEORGIA-PACIFIC, LLC, HOBART BROTHERS COMPANY, LINCOLN ELECTRIC COMPANY, LINDE, INC., MARATHON OIL COMPANY, MILLER ELECTRIC MFG. CO., MINNESOTA MINING AND MANUFACTURING COMPANY, OWENS-ILLINOIS, INC., RAPID AMERICAN CORP, UNION CARBIDE CORPORATION and YOUNG INSULATION GROUP filed by PAUL W GEHRT.(mbh, ) (Entered: 02/18/2011) |
|---|---|---|
| 02/17/2011 | | Summons Issued as to A.W. CHESTERTON COMPANY, AIRGAS MERCHANT GASES LLC, BECHTEL CONSTRUCTION COMPANY, CBS CORPORATION, CERTAINEED CORPORATION, EATON ELECTRICAL, INC., FOSTER WHEELER LLC, GENERAL ELECTRIC COMPANY, GENERAL REFRACTORIES CO, GEORGIA-PACIFIC, LLC, HOBART BROTHERS COMPANY, LINCOLN ELECTRIC COMPANY, LINDE, INC., MARATHON OIL COMPANY, MILLER ELECTRIC MFG. CO., MINNESOTA MINING AND MANUFACTURING COMPANY, OWENS-ILLINOIS, INC., RAPID AMERICAN CORP, UNION CARBIDE CORPORATION, YOUNG INSULATION GROUP. Forwarded To: Michael P. Cascino, Esquire on 2/17/11 (mbh, ) (Entered: 02/18/2011) |
| 03/01/2011 | 11 | ANSWER to 10 Amended Complaint,, *Defendant Rapid-American Coporation's Answer And Affirmative Defenses to Plaintiff's Amended Complaint* by RAPID AMERICAN CORP.(HEIDENREICH, ROGER) (Entered: 03/01/2011) |
| 03/18/2011 | 12 | Disclosure Statement Form pursuant to FRCP 7.1 by EATON ELECTRICAL, INC..(RUBIN, JASON) (Entered: 03/18/2011) |
| 03/18/2011 | 13 | NOTICE of Appearance by JASON WAYNE RUBIN on behalf of EATON ELECTRICAL, INC. (RUBIN, JASON) (Entered: 03/18/2011) |
| 03/28/2011 | 14 | NOTICE of Appearance by RONALD AUSTIN, JR on behalf of MILLER ELECTRIC MFG. CO. with Jury Demand and Certificate of Service (AUSTIN, RONALD) (Entered: 03/28/2011) |
| 03/28/2011 | 15 | ANSWER to 10 Amended Complaint,, by MILLER ELECTRIC MFG. CO..(AUSTIN, RONALD) (Entered: 03/28/2011) |
| 04/19/2011 | 17 | ORDER REFERRING ASBESTOS CASE TO MAGISTRATE JUDGE DAVID R. STRAWBRIDGE. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 4/18/11. 4/20/11 ENTERED AND COPIES MAILED AND E-MAILED. (JL) (Entered: 04/20/2011) |
| 04/20/2011 | 16 | *Short Form* ANSWER to 10 Amended Complaint,, *and Affirmative and Other Defenses* by OWENS-ILLINOIS, INC..(CASMERE, EDWARD) (Entered: 04/20/2011) |
| 04/26/2011 | 18 | Entry of Appearance and Answer to Complaint of KENT L. PLOTNER, |

| | | ESQUIRE on behalf of BECHTEL CONSTRUCTION COMPANY, CERTAINEED CORPORATION, UNION CARBIDE CORPORATION, Certificate of Service.(mbh, ) (Entered: 04/27/2011) |
|---|---|---|
| 04/26/2011 | 19 | NOTICE OF TAG-ALONG ACTION AND MOTOIN TO STAY PROCEEDINGS FILED BY BECHTEL CONSTRUCTION COMPANY, CERTAINEED CORPORATION AND UNION CARBIDE CORPORATION, CERTIFICATE OF SERVICE.(mbh, ) (Entered: 04/27/2011) |
| 05/26/2011 | 20 | ORDER THAT THIS CASE IS REFERRED TO MAGISTRATE JUDGE DAVID R. STRAWBRIDGE FOR PROCEEDINGS IN ACCORDANCE WITH THIS ORDER. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 5/24/11. 5/26/11 ENTERED AND COPIES MAILED, E-MAILED.(dp, ) (Entered: 05/26/2011) |
| 06/09/2011 | 21 | SCHEDULING ORDER: DISCOVERY DUE BY 6/17/2011. MOTIONS RELATING TO DEFENSES OF A PREVIOUS SETTLEMENT OR DISMISSAL, LACK OF LEGAL SUCCESSORSHIP, OR HAVING NAMED THE WRONG ENTITIES SHALL BE FILED BY 6/30/2011; ETC.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 6/9/2011. 6/10/2011 ENTERED AND COPIES MAILED AND E-MAILED. (ems) (Entered: 06/10/2011) |
| 06/09/2011 | 22 | ORDER OF REFERRAL TO MAGISTRATE JUDGE FOR PRETRIAL DISCOVERY, SETTLEMENT CONFERENCE, AND TRIAL PREPARATION. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 6/9/2011. 6/13/2011 ENTERED AND COPIES MAILED AND E-MAILED. (aeg, ) (Entered: 06/13/2011) |
| 06/14/2011 | 23 | ANSWER to 10 Amended Complaint,, by HOBART BROTHERS COMPANY.(MAISANO, CLARE) (Entered: 06/14/2011) |
| 06/14/2011 | 24 | ANSWER to 10 Amended Complaint,, by LINCOLN ELECTRIC COMPANY.(MAISANO, CLARE) (Entered: 06/14/2011) |
| 06/14/2011 | 25 | ANSWER to 10 Amended Complaint,, by LINDE, INC..(MAISANO, CLARE) (Entered: 06/14/2011) |
| 06/17/2011 | 26 | CERTIFICATE OF SERVICE by BECHTEL CONSTRUCTION COMPANY (TAYLOR, TOBIN) (Entered: 06/17/2011) |
| 06/17/2011 | 27 | CERTIFICATE OF SERVICE by CERTAINEED CORPORATION (TAYLOR, TOBIN) (Entered: 06/17/2011) |
| 06/17/2011 | 28 | CERTIFICATE OF SERVICE by UNION CARBIDE CORPORATION (TAYLOR, TOBIN) (Entered: 06/17/2011) |
| 06/17/2011 | 29 | NOTICE by OWENS-ILLINOIS, INC. of Product Specific Interrogatories and Request For Production to Plaintiff(s) (CASMERE, EDWARD) (Entered: 06/17/2011) |
| 06/17/2011 | 31 | ORDER THAT IN RELATION ONLY TO THE TEN CASES INCLUDED ON THE ATTACHED LIST THE FIRST TWO |

| | | |
|---|---|---|
| | | SENTENCES OF PARAGRAPH TWO OF THE DEPOSITION STIPULATION ARE AMENDED TO READ: PLAINTIFFS WILL ISSUE A SEPARATE NOTICE OF DEPOSITION FOR EACH DEPONENT PURSUANT TO RULE 30 OF THE F.R.C.P. THE NOTICE MUST BE SERVED UPON ALL DEFENSE COUNSEL IN THE MEDIATION CASES ASSIGNED TO MAGISTRATE JUDGE STRAWBRIDGE AT LEAST 14 DAYS BEFORE THE PROPOSED DATE. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 6/14/2011; 6/20/2011 ENTERED AND COPIES MAILED AND E-MAILED. (SEE PAPER # 7930 IN 01-MD-875). (tjd) (Entered: 06/20/2011) |
| 06/18/2011 | 30 | CERTIFICATE OF SERVICE by GEORGIA-PACIFIC, LLC *of its Amended Product Specific Interrogatories to Plaintiff* (DRUMKE, MICHAEL) (Entered: 06/18/2011) |
| 06/21/2011 | 32 | NOTICE of Appearance by JON BAROOSHIAN on behalf of A.W. CHESTERTON COMPANY with Certificate of Service(BAROOSHIAN, JON) (Entered: 06/21/2011) |
| 06/21/2011 | 33 | NOTICE of Appearance by RICHARD M. LAUTH on behalf of CBS CORPORATION with Certificate of Service(LAUTH, RICHARD) (Entered: 06/21/2011) |
| 06/21/2011 | 34 | NOTICE by CBS CORPORATION *of Service of Discovery* (LAUTH, RICHARD) (Entered: 06/21/2011) |
| 06/22/2011 | 35 | NOTICE of Appearance by MAIRI D. LOUGH on behalf of MARATHON OIL COMPANY (LOUGH, MAIRI) (Entered: 06/22/2011) |
| 06/23/2011 | 36 | REQUEST FOR LEAVE TO FILE SECOND AMENDED COMPLAINT filed by PAUL W GEHRT.Certificate of Service. (Attachments: # 1 Memorandum, # 2 Exhibit A, # 3 Text of Proposed Order, # 4 Second Amended Complaint, # 5 Certificate of Service)(CASCINO, MICHAEL) Modified on 6/24/2011 (md, ). (Entered: 06/23/2011) |
| 06/23/2011 | 🔒 | (Court only) ***Motions terminated: 36 MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT filed by PAUL W GEHRT. (md) (Entered: 06/24/2011) |
| 06/27/2011 | 37 | ORDER THAT IN RELATION ONLY TO THE TEN CASES INCLUDED ON THE ATTACHED LIST PARAGRAPH THREE OF THE DEPOSITION STIPULATION IS AMENDED TO READ: ALL DISCOVERY REQUESTS UNDER F.R.C.P. 33, 34, AND 36 AS WELL AS NON-PARTY DISCOVERY REQUESTS UNDER RULE OF CIVIL PROCEDURE 45 SHALL BE SERVED BY JULY, 2011. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 6/27/2011; 6/27/2011 ENTERED AND COPIES MAILED AND E-MAILED. (SEE PAPER # 7965 IN 01-MD-875). (tjd) (Entered: 06/27/2011) |
| 06/28/2011 | 38 | NOTICE of Appearance by JOSEPH CAGNOLI, JR on behalf of YOUNG INSULATION GROUP with Short Form Answer, Certificate of Service (CAGNOLI, JOSEPH) Modified on 6/29/2011 (md). (Entered: 06/28/2011) |

| 06/28/2011 | 39 | NOTICE of Appearance by GREGORY M. MCNAMEE on behalf of YOUNG INSULATION GROUP with Short Form Answer, Certificate of Service(MCNAMEE, GREGORY) Modified on 6/29/2011 (md). (Entered: 06/28/2011) |
|---|---|---|
| 06/29/2011 | 40 | STATUS REPORT *: AMENDED ADMINISTRATIVE ORDER NO. 12 REPORT* by PAUL W GEHRT. (CASCINO, MICHAEL) (Entered: 06/29/2011) |
| 07/01/2011 | 41 | NOTICE by CBS CORPORATION *of Service of Discovery to Plaintiff* (LAUTH, RICHARD) (Entered: 07/01/2011) |
| 07/05/2011 | 42 | NOTICE by CBS CORPORATION *of Service of Discovery to Plaintiff* (LAUTH, RICHARD) (Entered: 07/05/2011) |
| 07/06/2011 | 43 | NOTICE of Appearance by JOHN ANTHONY FONSTAD on behalf of GENERAL ELECTRIC COMPANY with Certificate of Service (FONSTAD, JOHN) (Entered: 07/06/2011) |
| 07/06/2011 | 44 | ANSWER to 10 Amended Complaint,, by GENERAL ELECTRIC COMPANY.(FONSTAD, JOHN) (Entered: 07/06/2011) |
| 07/06/2011 | 45 | Disclosure Statement Form pursuant to FRCP 7.1 with Certificate of Service by GENERAL ELECTRIC COMPANY.(FONSTAD, JOHN) (Entered: 07/06/2011) |
| 07/06/2011 | 46 | NOTICE of Appearance by MAJA C. EATON on behalf of GENERAL ELECTRIC COMPANY with Certificate of Service(EATON, MAJA) (Entered: 07/06/2011) |
| 07/11/2011 | 47 | NOTICE of Appearance by JASON L. KENNEDY on behalf of FOSTER WHEELER LLC with JURY DEMAND(KENNEDY, JASON) (Entered: 07/11/2011) |
| 07/11/2011 | 48 | ANSWER to Complaint by FOSTER WHEELER LLC.(KENNEDY, JASON) (Entered: 07/11/2011) |
| 07/14/2011 | 49 | CERTIFICATE OF SERVICE by GEORGIA-PACIFIC, LLC *of Initial Fact Witness Disclosures* (DRUMKE, MICHAEL) (Entered: 07/14/2011) |
| 07/15/2011 | 50 | NOTICE by CBS CORPORATION *of Service of its Fact Witness Disclosures* (LAUTH, RICHARD) (Entered: 07/15/2011) |
| 07/15/2011 | 51 | CERTIFICATE of Counsel *Fact Witness Disclosure* by TOBIN J. TAYLOR on behalf of BECHTEL CONSTRUCTION COMPANY (TAYLOR, TOBIN) (Entered: 07/15/2011) |
| 07/15/2011 | 52 | CERTIFICATE of Counsel *Disclosure of Fact and Treating Physicians* by TOBIN J. TAYLOR on behalf of UNION CARBIDE CORPORATION (TAYLOR, TOBIN) (Entered: 07/15/2011) |
| 07/15/2011 | 53 | CERTIFICATE of Counsel *CertainTeed Fact and Expert Witness Disclosure and Exhibit Lists* by TOBIN J. TAYLOR on behalf of CERTAINEED CORPORATION(TAYLOR, TOBIN) (Entered: 07/15/2011) |

| 07/15/2011 | 54 | Disclosure with Certificate of Service by OWENS-ILLINOIS, INC.. (CASMERE, EDWARD) (Entered: 07/15/2011) |
| 07/28/2011 | 55 | CERTIFICATE OF SERVICE by GEORGIA-PACIFIC, LLC *of Objections and Responses to Plaintiffs' First Set of Interrogatories and Requests for Production of Documents to Seller/Contractor Defendants* (DRUMKE, MICHAEL) (Entered: 07/28/2011) |
| 08/15/2011 | 56 | NOTICE by CBS CORPORATION *of Service of Discovery to Plaintiff* (LAUTH, RICHARD) (Entered: 08/15/2011) |
| 08/16/2011 | 57 | ORDER THAT THE FOLLOWING PROCEDURES APPLY FOR THE FILING OF ALL MOTIONS OR PLEADINGS THAT APPLY IDENTICALLY TO, ETC. IT IS FURTHER ORDERED THAT IF THE FILING ATTORNEY HAS NOT YET MADE AN APPEARANCE ON A CIVIL ACTION, THE CLERK'S OFFICE WILL NOTE THE ATTORNEY'S APPEARANCE FROM THE DOCUMENT BEING FILED AND A SEPARATE NOTICE OF APPEARANCE WILL NOT BE REQUIRED. IT IS FURTHER ORDERED THAT NOTHING IN THIS ORDER RELIEVES ANY COUNSEL OF THE DUTY TO COMPLY WITH THE MDL 875 PRO HAC VICE PROCEDURES PURSUANT TO ADMINISTRATIVE ORDER NO. 23, WHICH REQUIRES ALL COUNSEL TO BE REGISTERED ON ECF SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 8/16/2011. 8/16/2011 ENTERED AND COPIES MAILED AND E-MAILED.(jcab) (Entered: 08/16/2011) |
| 08/31/2011 | 58 | PLAINTIFFS' REVISED MOTION TO COMPEL DISCOVERY AGAINST CERTAIN DEFENDANTS 8-30-2011 filed by LINDA MAULDING, ANNIE BROWNLEE, GERALD A. HYLAND, LAE F. HYLAND, DEL C BRANCHFIELD, JR, MARK H AYERS, BARBARA K GRIER, DAVID L GRIER, JOSEPH C MARESCA, SR, LAVONNE H MARESCA, ROY L KENNEDY, LOUIS R FRABRONI, SHARON L FRABRONI, PAUL D CRAIN, PAUL W GEHRT, CLARE KRUSE, RANDALL P GOETSCH, SUSAN J GOETSCH, ROSEMARY TAYLOR, GEORGE E. MOORE, MELBA DODD, CYNTHIA A. CLARK, JEFFREY L. CENTERS, WILLIAM G HUBERT, STANLEY C. POTTS, WALTER A. JINDRESEK, MICHAEL R SCHURTZ, PATRICIA A. SCHURTZ, CAROLYN S MATHENEY, THOMAS J. POWELL, MARGARET A. SAMS, PHILLIP W. SAMS, ALFRED B KITTLESON, JOSEPH H PALSGROVE, BARBARA HUNT BODINE, FRANK MARCOGLIESE, BILLY G JENNINGS, DONNA M KINSER, LARRY A KINSER, MERLE D WILSON, CECIL L DILLMAN, MARY J DILLMAN, GEORGE CRIPE, RICHARD CAHVEZ, JOANNE E. GRIER, JOHN C GRIER, PEGGY S HARRIS, LLOYD A WILLIAMS, MARTHA F RIGGS, LESLIE E GARD, MARILYN J GARD, CHARLES KRIK, JIMMY D KNAPP, KENNETH R DEAVILLE, JR, HELEN J. BUGG, JUDY SMITH, DONALD L FADLER, DELORES BAULT, JUDITH ABERLE, GLORIA J TOMARELLI, RUSSELL J TOMARELLI, MARTHA V. BEENEY, ROMAN R. ANUSZKIEWICA, JAMES E. PRATHER.MEMORANDUM. (Attachments: # 1 Exhibit, # 2 |

| | | |
|---|---|---|
| | | Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit)(dp, ) (Entered: 08/31/2011) |
| 09/02/2011 | 59 | STIPULATION of Dismissal by YOUNG INSULATION GROUP. (CAGNOLI, JOSEPH) (COPY FORWARDED TO JUDGE FOR APPROVAL) Modified on 9/13/2011 (md). (Entered: 09/02/2011) |
| 09/07/2011 | 60 | MOTION BY PLAINTIFF(S) FOR EXTENSION OF TIME TO FILE CERTAIN EXPERT REPORTS, MEMORANDUM IN SUPPORT.(lisad, ) (Entered: 09/07/2011) |
| 09/07/2011 | 61 | ORDER THAT ALL CLAIMS, INCLUDING ALL CROSSCLAIMS, ALLEGED AGAINST DEFENDANT, YOUNG INSULATION GROUP, ARE DISMISSED WITHOUT PREJUDICE. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 9/6/11. 9/9/11 ENTERED AND COPIES MAILED, E-MAILED.(mbh, ) (Entered: 09/09/2011) |
| 09/13/2011 | 62 | ORDER THAT PLAINTIFF'S MOTION FOR PROTECTIVE ORDER REGARDING SUBPOENAS FILED BY HENRY A. ANDERSON, M.D. AND IBRAHIM S. SADEK, M.D. (MDL 875 DOC. 8060) IS GRANTED IN PART AND DENIED IN PART AS IS REFLECTED IN THE RECORDED TELEPHONE CONFERENCE (MDL 875 DOC. 8085). SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 9/13/11. 9/14/11 ENTERED AND COPIES MAILED, E-MAILED.(ahf) (Entered: 09/14/2011) |
| 09/15/2011 | 63 | CERTAIN DEFENDANTS' MOTION FOR PROTECTIVE ORDERS REGARDING SUBPOENAS ISSUED TO DR. JAMES E. LOCKNEY, DR. ROBERT D. TARVER AND DR. CHRISTOPHER A. MEYER, OBJECTION TO CONFIDENTIAL DESIGNATION AND RULE TO SHOW CAUSE WHY CASCINO VAUGHAN LAW OFFICES SHOULD NOT BE SANCTIONED. CERTIFICATE OF SERVICE.(kp, ) (Entered: 09/15/2011) |
| 09/15/2011 | 🔒 | (Court only) ***Attorney WALTER G. WATKINS, JR,THOMAS W. TARDY, III,DAVID M. SETTER,DANIEL J. MULHOLLAND,JOHN M. SEEBOHM for GENERAL ELECTRIC COMPANY,MICHAEL W. DRUMKE for GEORGIA-PACIFIC, LLC,ROBERT H. RILEY for OWENS-ILLINOIS, INC.,ROBERT N. SPINELLI for UNION CARBIDE CORPORATION added. (stwe, ) (Entered: 09/21/2011) |
| 09/16/2011 | 65 | ORDER THAT PLAINTIFFS' REQUESTS TO FILE AN AMENDED COMPLAINT, LISTED IN EXHIBIT "A", ATTACHED ARE DENIED AS MOOT. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 9/14/11. 9/20/11 ENTERED AND COPIES MAILED, E-MAILED.(mbh, ) (Entered: 09/20/2011) |
| 09/19/2011 | 64 | ORDER THAT CERTAIN DEFENDANT'S MOTION FOR PROTECTIVE ORDERS REGARDING SUBPOENAS ISSUED TO DR. JAMES E. LOCKEY, DR. ROBERT D. TARVER AND DR. CHRISTOPHER A. MYER (FILED ON THE DOCKETS FOR ALL CASES ON THE ATTACHED LISTS) IS GRANTED IN PART AND DENIED IN PART AS IS RELECTED IN THE RECORDED TELEPHONE CONFERENCE (MDL 875 DOC. 8107). SIGNED BY |

| | | |
|---|---|---|
| | | MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 9/19/11. 9/20/11 ENTERED AND COPIES MAILED, E-MAILED (dp, ) (Entered: 09/20/2011) |
| 09/19/2011 | 🔒 | (Court only) ***Motions terminated: 63 MOTION for Protective Order filed by GENERAL ELECTRIC COMPANY, INC, OWENS ILLINOIS CORP., WESTINGHOUSE ELECTRIC CORP, UNION CARBIDE CHEMICALS AND PLASTICS CO, INC, GEORGIA PACIFIC CORPORATION, WESTINGHOUSE ELECTRIC CORPORATION, CBS CORPORATION, UNION CARBIDE CORPORATION, GENERAL ELECTRIC, GENERAL ELECTRIC COMPANY, GENERAL ELECTRIC COMPANY, INC., UNION CARBIDE CHEMICALS AND PLASTICS CO, INC., GEORGIA-PACIFIC CORPORATION, UNION CARBIDE CHEMICALS AND PLASTICS CO INC, OWENS ILLINOIS INC, OWENS ILLINOIS CORP, WESTINGHOUSE ELETRIC CORPORATION, OWENS-ILLINOIS, INC., GEORGIA-PACIFIC, LLC, UNION CARBIDE CHEMICALS AND PLASTICS, INC.. (lboy, ) (Entered: 09/20/2011) |
| 09/20/2011 | 66 | CERTIFICATE of Counsel *Objections and Responses to Plaintiff's First Set of Interrogatories and Request for Production of Documents to Seller/Contractor Defendants* by TOBIN J. TAYLOR on behalf of UNION CARBIDE CORPORATION(TAYLOR, TOBIN) (Entered: 09/20/2011) |
| 09/23/2011 | 67 | PLAINTIFFS' MOTION AND MEMORANDUM FOR LEAVE TO TAKE THE DEPOSITION OF ARTHUR KLEINRATH.(dp, ) (Entered: 09/23/2011) |
| 09/26/2011 | 68 | ORDER THAT COUNSEL FOR DEFENDANT COMMONWEALTH EDISON COMPANY, MARGARET BRYNE, SHALL FILED A RESPONSE TO THE MOTION ON OR BEFORE 3:00PM ON 9/28/11. IT IS FURTHER ORDERED THAT ORAL ARGUMENT ON THE MOTION WILL COMMENCE AT 4:00PM ON 9/29/11, VIA TELEPHONE.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 9/26/11. 9/27/11 ENTERED AND COPIES MAILED, E-MAILED.(dp, ) (Entered: 09/27/2011) |
| 09/28/2011 | 69 | RESPONSE to Motion re 58 MOTION to Compel filed by CBS CORPORATION. (LAUTH, RICHARD) (Entered: 09/28/2011) |
| 09/28/2011 | 70 | UNION CARBIDE CORPORATION'S RESPONSE TO PLAINTIFFS' REVISED MOTION TO COMPEL DISCOVERY AGAINST CERTAIN DEFENDANTS. CERTIFICATE OF SERVICE.(stwe, ) Modified on 9/29/2011 (stwe, ). (Entered: 09/29/2011) |
| 09/29/2011 | 71 | Objections by CBS CORPORATION *to Plaintiffs' Second Amended Notice of 30(b)(6) Deposition of CBS Corporation.* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(LAUTH, RICHARD) (Entered: 09/29/2011) |
| 09/29/2011 | 72 | RAPID-AMERICAN CORPORATION'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS' REVISED MOTION TO COMPEL DISCOVERY, DECLARATIONS, CERTIFICATE OF SERVICE.(dp, ) (dp, ) (Entered: 09/29/2011) |

| | | |
|---|---|---|
| 09/29/2011 | 73 | GENERAL ELECTRIC COMPANY'S RESPONSE TO PLAINTIFFS' REVISED MOTION TO COMPEL DISCOVERY AGAINST CERTAIN DEFENDANTS 8-30-2011, CERTIFICATE OF SERVICE.(SEE PAPER NO. 28 IN CASE NO. 08-88575 FOR EXHIBITS)(dp, ) Modified on 9/30/2011 (jmf, ). (Entered: 09/29/2011) |
| 09/29/2011 | 🔒 | (Court only) ***Attorney AMIEL GROSS for RAPID AMERICAN CORP added. (nmp, ) (Entered: 09/30/2011) |
| 10/03/2011 | 74 | STIPULATION of Dismissal by MILLER ELECTRIC MFG. CO.. (AUSTIN, RONALD) (Entered: 10/03/2011) |
| 10/03/2011 | 75 | Joint MOTION to Dismiss filed by PAUL W GEHRT, HOBART BROTHERS COMPANY, LINCOLN ELECTRIC COMPANY, LINDE, INC..Certificate of Service.(MAISANO, CLARE) (Entered: 10/03/2011) |
| 10/03/2011 | 77 | DEFENDANT GEPRGIA-PACIFIC LLC'S RESPONSE TO PLAINTIFFS' REVISED MOTION TO COMPEL TO DISCOVERY (Attachments: # 1 Exhibit)(dp, ) Modified on 10/5/2011 (kp, ). (Entered: 10/04/2011) |
| 10/04/2011 | 76 | Joint MOTION to Dismiss filed by A.W. CHESTERTON COMPANY, PAUL W GEHRT.Certificate of Service.(BAROOSHIAN, JON) (Entered: 10/04/2011) |
| 10/05/2011 | 78 | Objection to Plaintiffs' Second Amended Notice of 30(b)(6) Deposition of CBS CORPORATION. Certificate of Service. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(ahf) (Entered: 10/05/2011) |
| 10/05/2011 | 🔒 | (Court only) ***Motions terminated: 75 Joint MOTION to Dismiss filed by PAUL W GEHRT, LINDE, INC., HOBART BROTHERS COMPANY, LINCOLN ELECTRIC COMPANY. (mbh, ) (Entered: 10/06/2011) |
| 10/05/2011 | 79 | ORDER THAT DEFENDANTS HOBART BROTHERS COMPANY, THE LINCOLN ELECTRIC COMPANY AND LINDE LLC ONLY, WITHOUT PREJUDICE, WITH EACH PARTY TO BEAR ITS OWNS COSTS. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 10/4/11. 10/6/11 ENTERED AND COPIES MAILED, E-MAILED.(mbh, ) (Entered: 10/06/2011) |
| 10/05/2011 | 🔒 | (Court only) *** Party LINDE, INC., HOBART BROTHERS COMPANY and LINCOLN ELECTRIC COMPANY terminated., *** Attorney CLARE M. MAISANO terminated. (mbh, ) (Entered: 10/06/2011) |
| 10/05/2011 | 80 | STIPULATION AND ORDER THAT THIS MATTER IS DISMISSED WITHOUT PREJUICE AS TO MILLER ELECTRIC MFG. CO. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 10/4/11. 10/6/11 ENTERED AND COPIES MAILED, E-MAILED.(mbh, ) (Entered: 10/06/2011) |
| 10/05/2011 | 🔒 | (Court only) *** Party MILLER ELECTRIC MFG. CO. terminated., *** Attorney RONALD AUSTIN, JR terminated. (mbh, ) (Entered: 10/06/2011) |

| 10/06/2011 | 81 | ORDER THAT THIS MATTER IS DISMISSED BETWEEN PLAINTIFF AND DEFENDANT A.W. CHESTERTON COMPANY, WITHOUT PREJUDICE AND WITHOUT COSTS. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 10/5/11. 10/6/11 ENTERED AND COPIES MAILED, E-MAILED.(mbh, ) (Entered: 10/06/2011) |
|---|---|---|
| 10/06/2011 | 🔒 | (Court only) *** Party A.W. CHESTERTON COMPANY terminated., *** Attorney JON BAROOSHIAN terminated. (mbh, ) (Entered: 10/06/2011) |
| 10/06/2011 | 82 | MOTION to Dismiss *Marathon Oil Company Without Prejudice* filed by PAUL W GEHRT.. (Attachments: # 1 Text of Proposed Order)(HITT, MARK) (Entered: 10/06/2011) |
| 10/06/2011 | 83 | ORDER THAT PLAINTIFFS' MOTION IS DENIED AS MOOT. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 10/6/11. 10/7/11 ENTERED AND COPIES MAILED, E-MAILED.(dp, ) (Entered: 10/07/2011) |
| 10/10/2011 | 84 | JOINT MOTION to Dismiss filed by BECHTEL CONSTRUCTION COMPANY.(TAYLOR, TOBIN) Modified on 10/11/2011 (md). (Entered: 10/10/2011) |
| 10/10/2011 | 85 | NOTICE of Appearance by JENNIFER J. KALAS on behalf of AIRGAS MERCHANT GASES LLC with Certificate of Service(KALAS, JENNIFER) (Entered: 10/10/2011) |
| 10/10/2011 | 86 | STIPULATION of Dismissal by AIRGAS MERCHANT GASES LLC. (Attachments: # 1 Text of Proposed Order)(KALAS, JENNIFER) (Entered: 10/10/2011) |
| 10/11/2011 | 🔒 | (Court only) ***Motions terminated: (27 in 2:08-cv-91884-ER, 17 in 2:08-cv-92038-ER, 25 in 2:08-cv-92133-ER, 24 in 2:08-cv-92122-ER, 24 in 2:08-cv-92120-ER, 16 in 2:08-cv-91942-ER, 38 in 2:08-cv-92135-ER, 24 in 2:08-cv-92159-ER, 23 in 2:08-cv-91887-ER, 26 in 2:08-cv-92236-ER, 30 in 2:08-cv-92201-ER, 26 in 2:08-cv-92180-ER, 25 in 2:08-cv-92143-ER, 22 in 2:08-cv-92194-ER, 22 in 2:08-cv-92137-ER, 25 in 2:08-cv-92145-ER, 67 in 2:08-cv-92066-ER, 22 in 2:08-cv-92173-ER, 18 in 2:08-cv-91894-ER, 32 in 2:08-cv-92210-ER, 28 in 2:08-cv-91872-ER, 28 in 2:08-cv-92034-ER, 26 in 5:08-cv-92314-ER, 13 in 5:08-cv-92307-ER, 21 in 5:08-cv-92305-ER, 27 in 2:08-cv-91940-ER, 24 in 2:08-cv-91885-ER, 26 in 2:08-cv-92181-ER, 21 in 2:08-cv-91881-ER, 23 in 2:08-cv-92239-ER, 18 in 2:08-cv-91953-ER, 23 in 2:08-cv-91944-ER, 35 in 2:08-cv-92134-ER, 27 in 2:08-cv-92205-ER, 21 in 2:08-cv-92139-ER, 22 in 2:08-cv-91882-ER, 25 in 2:08-cv-92147-ER, 28 in 2:08-cv-92064-ER, 25 in 2:08-cv-91954-ER, 23 in 2:08-cv-92206-ER, 13 in 2:08-cv-91893-ER, 24 in 5:08-cv-92309-ER, 23 in 2:08-cv-92222-ER, 24 in 2:08-cv-92192-ER, 22 in 2:08-cv-92161-ER, 30 in 2:08-cv-92187-ER, 30 in 2:08-cv-92131-ER, 27 in 2:08-cv-92154-ER, 22 in 2:08-cv-92136-ER, 39 in 2:08-cv-91955-ER, 22 in 5:08-cv-92311-ER, 19 in 2:08-cv-92132-ER, 24 in 2:08-cv-92119-ER, 12 in 2:08-cv-91880-ER, 22 in 2:08-cv-92157-ER, 22 in 2:08-cv-92196-ER, 31 in 2:08-cv-92151-ER, 19 in 2:08-cv-92113-ER, 24 in 2:08-cv-92171-ER, 22 in 2:08-cv-92164-ER, 22 in 2:08-cv-91879-ER, |

| | | |
|---|---|---|
| | | 30 in 2:08-cv-92152-ER, 23 in 2:08-cv-92160-ER) MOTION to Depose filed by LINDA MAULDING, (18 in 2:08-cv-91869-ER) MOTION to Depose filed by GERALD A. HYLAND. (dp, ) (Entered: 10/11/2011) |
| 10/12/2011 | 87 | PLAINTIFFS' MOTION TO COMPEL DEFENDANTS TO SUBMIT LONG FORM ANSWERS TO PLAINTIFFS' COMPLAINTS PURSUANT TO RULE 7 AND RULE 8(C) OF THE FEDERAL RULES OF CIVIL PROCEDURE filed by PLAINTIFF. (ems) (Entered: 10/12/2011) |
| 10/12/2011 | 88 | Disclosure by FOSTER WHEELER LLC.(JAGADICH, ADAM) (Entered: 10/12/2011) |
| 10/13/2011 | 89 | ORDER THAT PLAINTIFF'S MOTION FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT MARATHON OIL COMPANY IS GRANTED. IT IS FURTHER ORDERED THAT DEFENDANT MARATHON OIL COMPANY IS DISMISSED FROM THIS MATTER WITHOUT PREJUDICE. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 10/12/11. 10/13/11 ENTERED AND COPIES MAILED, E-MAILED.(mbh, ) (Entered: 10/13/2011) |
| 10/13/2011 | 🔒 | (Court only) *** Party MARATHON OIL COMPANY terminated., *** Attorney MAIRI D. LOUGH terminated., ***Motions terminated: 82 MOTION to Dismiss *Marathon Oil Company Without Prejudice* filed by PAUL W GEHRT. (mbh, ) (Entered: 10/13/2011) |
| 10/13/2011 | 90 | ORDER THAT THIS MATTER IS DISMISSED AS TO AIRGAS MERCHANT GASES, LLC AS SUCCESSOR IN INTEREST T AGA GAS INC., WITHOUT PREJUDICE. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 10/12/11. 10/13/11 ENTERED AND COPIES MAILED, E-MAILED.(mbh, ) (Entered: 10/13/2011) |
| 10/13/2011 | 92 | ORDER THAT ALL EXPERT DISCOVERY MUST BE COMPLETED BY 12/7/11. ANY MOTION IN LIMINE MUST BE FILED BY 12/21/11, ETC. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 10/12/11. 10/17/11 ENTERED AND COPIES E-MAILED.(mbh, ) (Entered: 10/17/2011) |
| 10/14/2011 | 91 | RESPONSE to Motion re 58 MOTION to Compel *(Supplemental Responses)* filed by CBS CORPORATION. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(LAUTH, RICHARD) (Entered: 10/14/2011) |
| 10/14/2011 | 93 | DECLARATION OF MELISSA HIGGINS-YAW IN SUPPORT OF UNION CARBIDE CORPORATION'S RESPONSE TO PLAINTIFF'S REVISED MOTION TO COMPEL DISCOVERY AGAINST CERTAIN DEFENDANTS. (amas) (Entered: 10/17/2011) |
| 10/17/2011 | 94 | DECLARATION IN SUPPORT OF GENERAL ELECTRIC COMPANY'S RESPONSE TO PLAINTIFFS' REVISED MOTION TO COMPEL DISCOVERY AGAINST CERTAIN DEFENDANTS. (amas) (Entered: 10/17/2011) |
| | | |

| 10/17/2011 | 95 | RESPONSE in Opposition re 58 MOTION to Compel filed by GEORGIA-PACIFIC, LLC. (Attachments: # 1 Affidavit)(DRUMKE, MICHAEL) (Entered: 10/17/2011) |
|---|---|---|
| 10/17/2011 | 96 | AFFIDAVIT OF MICHAEL W. DRUMKE filed by GEORGIA-PACIFIC CORPORATION. (Attachments: # 1 Exhibit)(amas) Modified on 10/21/2011 (td, ). (Entered: 10/18/2011) |
| 10/17/2011 | 97 | AFFIDAVIT OF MELINDA L. MOSELEY filed by GEORGIA-PACIFIC CORPORATION. (Attachments: # 1 Exhibit)(amas) Modified on 10/21/2011 (td, ). (Entered: 10/18/2011) |
| 10/18/2011 | 🔒 | (Court only) ***Motions terminated: 60 MOTION for Extension of Time to File filed by DONALD D REINOEHL. (mbh, ) (Entered: 10/19/2011) |
| 10/19/2011 | 98 | Report Of *Plaintiff's Expert, Arnold R. Brody, Ph.D.* by PAUL W GEHRT. (Attachments: # 1 Supplement, # 2 Certificate of Service)(CASCINO, MICHAEL) (Entered: 10/19/2011) |
| 10/19/2011 | 99 | Report Of *Plaintiff's Expert Barry I. Castleman* by PAUL W GEHRT. (Attachments: # 1 Supplement Expert Materials, # 2 Certificate of Service) (CASCINO, MICHAEL) (Entered: 10/19/2011) |
| 10/19/2011 | 100 | Report Of *Plaintiff's Expert Arthur L. Frank, M.D., Ph.D.* by PAUL W GEHRT. (Attachments: # 1 Statement and Expert Materials in Support of Report, # 2 Certificate of Service)(CASCINO, MICHAEL) (Entered: 10/19/2011) |
| 10/19/2011 | 101 | Report Of *Plaintiff's Expert Joseph H. Ferriter* by PAUL W GEHRT. (Attachments: # 1 Supplement Expert Materials, # 2 Certificate of Service) (CASCINO, MICHAEL) (Entered: 10/19/2011) |
| 10/19/2011 | 102 | Report Of *Plaintiff's Expert Gobbell Hays Partners, Inc.* by PAUL W GEHRT. (Attachments: # 1 Supplement Expert Materials, # 2 Certificate of Service)(CASCINO, MICHAEL) (Entered: 10/19/2011) |
| 10/19/2011 | 103 | Report Of *Plaintiff's Non-Retained Expert Treating Physician Dr. Timothy S. Meneely* by PAUL W GEHRT. (Attachments: # 1 Certificate of Service) (CASCINO, MICHAEL) (Entered: 10/19/2011) |
| 10/19/2011 | 104 | Report Of *Plaintiff's Non-Retained Expert Treating Physician Dr. James R. Egner* by PAUL W GEHRT. (Attachments: # 1 Certificate of Service) (CASCINO, MICHAEL) (Entered: 10/19/2011) |
| 10/19/2011 | 105 | Report Of *Plaintiff's Expert Dale B. Edwards, P.E.* by PAUL W GEHRT. (Attachments: # 1 Supplement Expert Materials 1, # 2 Supplement Expert Materials 2, # 3 Certificate of Service)(CASCINO, MICHAEL) (Entered: 10/19/2011) |
| 10/19/2011 | 106 | Report Of *Plaintiff's Expert Carlos Bedrossian, M.D., Ph.D.* by PAUL W GEHRT. (Attachments: # 1 Supplement Expert Materials, # 2 Certificate of Service)(CASCINO, MICHAEL) Modified on 10/20/2011 (afm, ). (FILED IN ERROR BY ATTORNEY, REFILING CORRECTED DOCUMENT) (Entered: 10/19/2011) |

| 10/19/2011 | 107 | Report Of *Plaintiff's Expert Stan V. Smith, Ph.D.* by PAUL W GEHRT. (Attachments: # 1 Supplement Expert Materials, # 2 Certificate of Service) (CASCINO, MICHAEL) (Entered: 10/19/2011) |
| --- | --- | --- |
| 10/19/2011 | 108 | Statement *Plaintiff's Revised Statement of Expert Witness reports 10/19/2011* by PAUL W GEHRT. (Attachments: # 1 Certificate of Service) (CASCINO, MICHAEL) (Entered: 10/19/2011) |
| 10/20/2011 | 109 | Report Of *Plaintiff's Expert Carlos Bedrossian, M.D., Ph.D.* by PAUL W GEHRT. (Attachments: # 1 Supplement Expert Materials, # 2 Certificate of Service)(CASCINO, MICHAEL) (Entered: 10/20/2011) |
| 10/20/2011 | 110 | NOTICE by PAUL W GEHRT re 99 Report Of *Certificate of Service* (Attachments: # 1 Certificate of Service)(CASCINO, MICHAEL) (Entered: 10/20/2011) |
| 10/20/2011 | 111 | ORDER THAT PLAINTIFFS' REVISED MOTION TO COMPEL IS GRANTED IN PART AND DENIED IN PART. PLAINTIFFS' REQUEST REGARDING THE PRODUCTION FO DEPOSITION TESTIMONY FROM PAST CASES RELATING TO JOB SITES AT ISSUE IN THESE CASES IS DENIED. PLAINTIFFS' REQUEST REGARDING THE PRODUCTION OF DEPOSITION TESTIMONY FROM PAST ASBESTOS INSURANCE COVERAGE RELATING TO THE JOB SITES AT ISSUE IS DENIED. THE RELEVANT INTERROGATORY, NUMBER 22 ON EXHIBIT G TO PLAINTIFFS' MOTION, DOES NOT CALL FOR THE PRODUCTION OF DEPOSITION TESTIMONY.PLAINTIFFS' REQUEST REGARDING THE PRODUCTION OF MASTER DISCOVERY RESPONSES FROM PAST LITIGATION IS GRANTED IN PART. TO THE EXTENT THAT DEFENDANTS POSSESS MASTER DISCOVERY RESPONSES FROM CASES ORGINATING IN MADISON COUNTY, ILLINOIS, THESE RESPONSES SHALL BE PROVIDED TO PLAINTIFFS' COUNSEL.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 10/20/11. 10/21/11 ENTERED AND COPIES MAILED, E-MAILED. (dp, ) (Entered: 10/21/2011) |
| 10/20/2011 | 🔒 | (Court only) ***Motions terminated: (12 in 2:08-cv-91728-ER, 26 in 2:08-cv-91867-ER, 14 in 2:08-cv-90328-ER, 13 in 2:08-cv-89441-ER, 12 in 2:08-cv-91869-ER, 15 in 2:08-cv-91585-ER, 19 in 2:08-cv-92064-ER, 35 in 2:08-cv-91742-ER, 23 in 2:08-cv-91862-ER, 18 in 2:08-cv-91940-ER, 21 in 2:08-cv-89474-ER, 14 in 2:08-cv-91657-ER, 15 in 2:08-cv-91757-ER, 21 in 2:08-cv-90342-ER, 58 in 2:08-cv-92066-ER, 16 in 2:08-cv-91954-ER, 14 in 2:08-cv-91882-ER, 14 in 2:08-cv-91762-ER, 18 in 2:08-cv-91687-ER, 14 in 2:08-cv-89492-ER, 19 in 2:08-cv-91767-ER, 12 in 2:08-cv-89745-ER, 13 in 2:08-cv-91881-ER, 16 in 2:08-cv-88575-ER, 14 in 2:08-cv-91578-ER, 13 in 2:08-cv-91674-ER, 30 in 2:08-cv-91955-ER, 13 in 2:08-cv-90268-ER, 19 in 2:08-cv-89460-ER, 15 in 2:08-cv-91885-ER, 16 in 2:08-cv-89903-ER, 19 in 2:08-cv-91858-ER, 23 in 2:08-cv-92034-ER, 15 in 2:08-cv-91763-ER, 12 in 2:08-cv-91673-ER, 10 in 2:08-cv-91953-ER, 12 in 2:08-cv-91589-ER, 15 in 2:08-cv-91944-ER, 16 in 2:08-cv-89373-ER, 14 in 2:08-cv-91887-ER, 16 in 2:08-cv-91650-ER, 13 in 2:08-cv-90220-ER, 22 in 2:08-cv-91671-ER, 18 in 2:08-cv-90084-ER, |

| | | |
|---|---|---|
| | | 11 in 2:08-cv-92113-ER, 20 in 2:08-cv-91872-ER, 13 in 2:08-cv-91587-ER, 14 in 2:08-cv-91879-ER, 15 in 2:08-cv-91588-ER, 13 in 2:08-cv-92055-ER, 12 in 2:08-cv-91663-ER, 17 in 2:08-cv-91666-ER, 15 in 2:08-cv-91758-ER, 15 in 2:08-cv-90938-ER, 15 in 2:08-cv-89432-ER, 12 in 2:08-cv-91729-ER, 17 in 2:08-cv-90287-ER, 12 in 2:08-cv-91736-ER, 16 in 2:08-cv-89841-ER, 18 in 2:08-cv-89497-ER) MOTION to Compel filed by GERALD A. HYLAND, ROY L KENNEDY, RICHARD CAHVEZ, JOANNE E. GRIER, LARRY A KINSER, MARILYN J GARD, JAMES E. PRATHER, ROSEMARY TAYLOR, PHILLIP W. SAMS, MARY J DILLMAN, BILLY G JENNINGS, ANNIE BROWNLEE, KENNETH R DEAVILLE, JR., BARBARA HUNT BODINE, GEORGE E. MOORE, LOUIS R FRABRONI, JOSEPH H PALSGROVE, DAVID L GRIER, JUDITH ABERLE, MERLE D WILSON, BARBARA K GRIER, RANDALL P GOETSCH, JEFFREY L. CENTERS, CHARLES KRIK, JIMMY D KNAPP, THOMAS J. POWELL, MARK H AYERS, DONNA M KINSER, LLOYD A WILLIAMS, PATRICIA A. SCHURTZ, CLARE KRUSE, FRANK MARCOGLIESE, STANLEY C. POTTS, MARTHA F RIGGS, LAVONNE H MARESCA, RUSSELL J TOMARELLI, MELBA DODD, DEL C BRANCHFIELD, JR, SHARON L FRABRONI, LAE F. HYLAND, LESLIE E GARD, ALFRED B KITTLESON, GEORGE CRIPE, JOSEPH C MARESCA, SR, PAUL D CRAIN, WALTER A. JINDRESEK, CYNTHIA A. CLARK, CECIL L DILLMAN, JOHN C GRIER, LINDA MAULDING, SUSAN J GOETSCH, PAUL W GEHRT, PEGGY S HARRIS, WILLIAM G HUBERT, MARGARET A. SAMS, GLORIA J TOMARELLI, JUDY SMITH, MARTHA V. BEENEY, DONALD L FADLER, CAROLYN S MATHENEY, ROMAN R. ANUSZKIEWICA, HELEN J. BUGG, DELORES BAULT, MICHAEL R SCHURTZ. (dp, ) (Entered: 10/21/2011) |
| 10/26/2011 | 112 | MOTION TO DEFENDANTS TO COMPEL AND/OR VERIFY COMPLIANCE. filed by PLAINTIFF(S). (Attachments: # 1 MEMORANDUM, # 2 Exhibit, # 3 Text of Proposed Order)(amas) (Entered: 10/27/2011) |
| 11/01/2011 | 113 | ORDER THAT THE MOTION TO EXTEND TIME TO FILE CERTAIN EXPERT REPORTS IS DENIED AS MOOT.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 11/1/11. 11/1/11 ENTERED AND COPIES MAILED, E-MAILED.(dp, ) (Entered: 11/01/2011) |
| 11/01/2011 | 🔒 | (Court only) ***Motions terminated: (19 in 2:08-cv-92236-ER, 18 in 5:08-cv-92314-ER, 16 in 2:08-cv-91588-ER, 15 in 2:08-cv-90328-ER, 15 in 2:08-cv-92136-ER, 16 in 2:08-cv-91763-ER, 20 in 2:08-cv-91767-ER, 16 in 2:08-cv-90938-ER, 18 in 2:08-cv-92181-ER, 18 in 2:08-cv-92147-ER, 15 in 2:08-cv-91879-ER, 13 in 2:08-cv-91729-ER, 15 in 2:08-cv-91578-ER, 14 in 2:08-cv-92139-ER, 18 in 2:08-cv-92180-ER, 18 in 2:08-cv-90287-ER, 19 in 2:08-cv-90084-ER, 15 in 2:08-cv-89492-ER, 15 in 2:08-cv-92164-ER, 16 in 2:08-cv-92192-ER, 17 in 2:08-cv-92143-ER, 23 in 2:08-cv-92131-ER, 17 in 2:08-cv-92145-ER, 16 in 2:08-cv-92160-ER, 13 in 2:08-cv-91589-ER, 14 in 2:08-cv-91587-ER, 16 in 2:08-cv-92239-ER, 14 in 2:08-cv-91881-ER, 14 in 5:08-cv-92305-ER, 26 in 2:08-cv-92134- |

| | | |
|---|---|---|
| | | ER, 15 in 2:08-cv-92137-ER, 20 in 2:08-cv-92064-ER, 17 in 2:08-cv-91954-ER, 27 in 2:08-cv-91867-ER, 13 in 2:08-cv-91736-ER, 29 in 2:08-cv-92135-ER, 13 in 2:08-cv-89745-ER, 15 in 2:08-cv-92161-ER, 31 in 2:08-cv-91955-ER, 15 in 5:08-cv-92311-ER, 17 in 2:08-cv-92120-ER, 36 in 2:08-cv-91742-ER, 16 in 2:08-cv-91585-ER, 22 in 2:08-cv-92187-ER, 16 in 2:08-cv-92171-ER, 23 in 2:08-cv-92151-ER, 17 in 2:08-cv-91650-ER, 15 in 2:08-cv-91657-ER, 15 in 2:08-cv-91887-ER, 19 in 2:08-cv-92154-ER, 24 in 2:08-cv-92210-ER, 14 in 2:08-cv-92055-ER, 19 in 2:08-cv-91687-ER, 15 in 2:08-cv-92173-ER, 17 in 2:08-cv-92207-ER, 21 in 2:08-cv-92201-ER, 17 in 2:08-cv-89841-ER, 17 in 2:08-cv-89903-ER, 16 in 2:08-cv-92222-ER, 14 in 2:08-cv-91674-ER, 22 in 2:08-cv-92152-ER, 14 in 2:08-cv-90268-ER, 12 in 2:08-cv-92132-ER, 19 in 2:08-cv-91940-ER, 23 in 2:08-cv-91671-ER, 16 in 2:08-cv-91758-ER, 22 in 2:08-cv-89474-ER, 16 in 2:08-cv-91885-ER, 24 in 2:08-cv-91862-ER, 16 in 2:08-cv-91944-ER, 13 in 2:08-cv-91673-ER, 15 in 2:08-cv-92157-ER, 16 in 2:08-cv-92119-ER, 20 in 2:08-cv-89460-ER, 17 in 5:08-cv-92309-ER, 11 in 2:08-cv-91953-ER, 11 in 2:08-cv-92114-ER, 20 in 2:08-cv-91858-ER, 15 in 2:08-cv-91882-ER, 24 in 2:08-cv-92034-ER, 16 in 2:08-cv-92206-ER, 15 in 2:08-cv-92196-ER, 13 in 2:08-cv-91869-ER, 17 in 2:08-cv-92159-ER, 15 in 2:08-cv-92194-ER, 19 in 2:08-cv-89497-ER, 16 in 2:08-cv-91757-ER, 19 in 2:08-cv-92205-ER, 13 in 2:08-cv-91663-ER, 14 in 2:08-cv-90220-ER, 21 in 2:08-cv-91872-ER, 13 in 2:08-cv-91728-ER, 17 in 2:08-cv-92122-ER, 18 in 2:08-cv-91666-ER, 12 in 2:08-cv-92113-ER, 15 in 2:08-cv-91762-ER, 18 in 2:08-cv-92133-ER, 22 in 2:08-cv-90342-ER) MOTION for Extension of Time to File filed by DONALD D REINOEHL, (16 in 2:08-cv-89432-ER, 14 in 2:08-cv-89441-ER) MOTION for Extension of Time to File filed by MICHAEL G EBERT, (17 in 2:08-cv-88575-ER, 10 in 2:08-cv-89293-ER, 17 in 2:08-cv-89373-ER) MOTION for Extension of Time to File filed by MARGARET A. SAMS, JOSEPH H PALSGROVE, DALE C. POWELL. (dp, ) (Entered: 11/01/2011) |
| 11/02/2011 | 114 | NOTICE THAT JENNIFER M. STUDEBAKER, EDWARD CASMERE, ROBERT H. RILEY, MATTHEW J. FISCHER, AND JOSHUA D. LEE ENTER THEIR APPEARANCES AS COUNSEL OF RECORD FOR OWENS-ILLINOIS, INC.(dp, ) (Entered: 11/02/2011) |
| 11/02/2011 | 115 | NOTICE THAT JENNIFER M. STUDEBAKER, AND MICHAEL W. DRUMKE ENTER THEIR APPEARANCES AS COUNSEL OF RECORD FOR GEORGIA-PACIFIC LLC.(dp, ) (Entered: 11/03/2011) |
| 11/02/2011 | 🔒 | (Court only) ***Attorney JENNIFER MARIE STUDEBAKER,MATTHEW J. FISCHER,JOSHUA D. LEE for OWENS-ILLINOIS, INC. added. (aeg, ) (Entered: 11/05/2011) |
| 11/02/2011 | 🔒 | (Court only) ***Attorney JENNIFER MARIE STUDEBAKER for GEORGIA-PACIFIC, LLC added. (jl, ) (Entered: 11/07/2011) |
| 11/03/2011 | 116 | ORDER THAT NO RECORDS RELATING TO CVLO MDL-875 CASES CURRENTLY BEING HOUSED AT IKON SHALL BE DESTROYED BEFORE 12/2/11. IT IS FURTHER ORDERED THAT COUNSEL SHALL DISCUSS THE MATTER WITH THE IKON |

| | | |
|---|---|---|
| | | REPRESENTATIVES AND UPDATE THE COURT ON THE FATE OF THOSE RECORDS BY 11/10/11.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 11/2/11. 11/4/11 ENTERED AND COPIES MAILED, E-MAILED.(dp, ) (Entered: 11/04/2011) |
| 11/03/2011 | 117 | ORDER THAT BY 11/4/11, PLAINTIFFS' COUNSEL SHALL DISMISS ALL DEFENDANTS IN THE TOP TEN CASE GROUP AGAINST WHOM THEY ARE NOT GOING TO PROCEED. BY 11/18/11, PLAINTIFFS' COUNSEL SHALL DISMISS ALL DEFENDANTS IN THE CVLO-1&2 CASE GROUP AGAINST WHOM THEY ARE NOT GOING TO PROCEED. BY 12/2/11, PLAINTIFFS' COUNSEL SHALL DISMISS ALL DEFENDANTS IN THE CVLO-3 CASE GROUP AGAINST WHOM THEY ARE NOT GOING TO PROCEED.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 11/2/11. 11/4/11 ENTERED AND COPIES MAILED, E-MAILED.(dp, ) (Entered: 11/04/2011) |
| 11/07/2011 | 118 | NOTICE OF APPEARANCE BY RICHARD M. LAUTH ON BEHALF OF CBS CORPORATION, A DELAWARE CORPORATION, F/K/A VIACOM, INC., SUCCESSOR BY MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORPORATION. CERTIFICATE OF SERVICE. (SEE PAPER #8257 IN 01-875 FOR COMPLETE LIST)(amas) (Entered: 11/07/2011) |
| 11/07/2011 | 119 | Certain Defendants' Response to Plaintiffs' Motion to Compel and/or Verify Compliance with Rule 26(a)(1)(A)(ii). Certificate of Service. (Attachments: # 1 Exhibit A).(ahf) (Entered: 11/08/2011) |
| 11/07/2011 | 🔒 | (Court only) ***Attorney DAVID M. SETTER for CBS CORPORATION,DAVID M. SETTER for GEORGIA-PACIFIC, LLC,DAVID M. SETTER for OWENS-ILLINOIS, INC.,DAVID M. SETTER for UNION CARBIDE CORPORATION added. (mbh, ) (Entered: 11/10/2011) |
| 11/09/2011 | 120 | ORDER THAT THE FOLLOWING DEFENDANTS ARE DISMISSED FORM THIS ACTION: A.W. CHESTERTON CO., AIRGAS MERCHANT CASES, LLC, BECHTEL CONSTRUCTION CO., EATON ELECTRICAL INC., GENERAL REFRACTORIES CO., HOBART BROTHERS CO., LINDE, INC., MILLER ELECTRIC MANUFACTURING CO., MINNESOTA, MINING & MANUFACTURING CO. AND YOUNG INSULATION GROUP. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 11/8/11. 11/9/11 ENTERED AND COPIES MAILED, E-MAILED(mbh, ) (Entered: 11/09/2011) |
| 11/09/2011 | 121 | ORDER THAT AS TO ALL CVLO CASES WHICH HAVE BEEN SET ON A SCHEDULING ORDER BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE, ALL PARTIES SHALL COMPLY WITH THE ATTACHED RECORDS COLLECTION PROTOCOL. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 11/9/11. 11/10/11 ENTERED AND COPIES MAILED, E-MAILED.(ahf) (Entered: |

|  |  | 11/10/2011) |
|---|---|---|
| 11/09/2011 | 122 | ORDER THAT AS TO ALL CVLO CASES WHICH HAVE BEEN SET ON A SCHEDULING ORDER BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE, ALL PARTIES SHALL COMPLY WITH THE ATTACHED RECORDS COLLECTION PROTOCOL. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 11/9/11. 11/12/11 ENTERED AND COPIES MAILED AND E-MAILED. (aeg, ) (Entered: 11/12/2011) |
| 11/14/2011 | 123 | REPLY MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO DEFENDANTS TO COMPEL AND/OR VERIFY COMPLIANCE WITH RULE 26 (a)(1)(A)(ii). (aeg, ) (Entered: 11/15/2011) |
| 11/16/2011 | 124 | ORDER THAT DISCOVERY SHALL BE COMPLETED BY 1/23/12. PLAINTIFFS SHALL FILE MOTIONS IN LIMINE BY 2/3/12. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 11/16/11. 11/17/11 ENTERED AND COPIES E-MAILED.(mbh, ) (Entered: 11/17/2011) |
| 11/21/2011 | 125 | MOTION AND MEMORANDUM to Compel FOREMAN, PERRY WATKINS, KRUTZ & TARDY, LLP TO TURN OVER W.R. GRACE STUDY DOCUMENTS RELATING TO DRS. SCHONFELD AND ANDERSONfiled by CERTAIN PLAINTIFFS. (Attachments: # 1 EXHIBIT A, # 2 EXHIBIT B, # 3 EXHIBIT C, # 4 EXHIBIT D, # 5 EXHIBIT E, # 6 PROPOSED ORDER, # 7 CERTIFICATE OF SERVICE) (uh, ) (Entered: 11/21/2011) |
| 11/21/2011 | 126 | ORDER THAT A HEARING IS SCHEDULED ON MONDAY 12/5/11 AT 10:30AM IN COURTROOM 3H IN ORDER TO ARGUE THE FOLLOWING MOTIONS RELATED TO DRS. SCHONFELD, ANDERSON, AND SADEK: PLAINTIFFS' MOTION FOR PROTECTIVE ORDER REGARDING DRS. ANDERSON AND SADEK AND DEFENDANTS MOTION TO COMPEL THE SAME. DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM ALVIN J. SCHONFELD,D.O.. PLAINTIFFS' MOTION TO COMPEL AND/OR VERIFY COMPLIANCE WITH RULE 26(a)(1)(A)(ii). PLAINTIFFS' MOTION FOR PROTECTIVE ORDER REGARDING SCREENING DOCUMENTS. PLAINTIFFS' TO BE FILED MOTION REGARDING THE W.R. GRACE DOCUMENTS. IT IS FURTHER ORDERED THAT BY 11/18/11, PLAINTIFFS SHALL FILE THEIR MOTION REGARDING THE W.R. GRACE DOCUMENTS. BY 11/23/11, DEFENDANTS' SHALL FILE THEIR RESPONSE TO THE MOTION.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 11/18/11. 11/21/11 ENTERED AND COPIES MAILED, E-MAILED.(dp, ) (Entered: 11/21/2011) |
| 11/21/2011 | 127 | ORDER THAT PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO SUBMIT LONG FORM ANSWERS TO PLAINTIFFS' COMPLAINTS PURSUANT TO RULE 7 AND RULE 8(C) OF THE FEDERAL RULES OF CIVIL PROCEDURE (MDL 875 DOC. NO. 8188) IS DENIED AS MOOT. SIGNED BY MAGISTRATE JUDGE DAVID R. |

| | | STRAWBRIDGE ON 10/14/2011. 11/21/2011 ENTERED AND COPIES MAILED AND E-MAILED.(jcab) (Entered: 11/21/2011) |
|---|---|---|
| 11/21/2011 | 128 | NOTICE of Appearance by PETER A. MOIR on behalf of OWENS-ILLINOIS, INC. with Certificate of Service(MOIR, PETER) (Entered: 11/21/2011) |
| 11/21/2011 | 129 | NOTICE OF APPEARANCE FOR AMANDA D. SUMMERLIN FOR GENERAL ELECTRIC COMPANY(dp, ) (Entered: 11/22/2011) |
| 11/21/2011 | 🔒 | (Court only) ***Attorney AMANDA D. SUMMERLIN for GENERAL ELECTRIC COMPANY added. (kk, ) (Entered: 11/22/2011) |
| 11/21/2011 | 🔒 | (Court only) ***Motions terminated: 87 MOTION to Compel filed by LINDA MAULDING. (aeg, ) (Entered: 11/28/2011) |
| 11/22/2011 | 130 | NOTICE by OWENS-ILLINOIS, INC. *of Deposition of Stephen Kenoyer* (Attachments: # 1 Exhibit A)(STUDEBAKER, JENNIFER) (Entered: 11/22/2011) |
| 11/22/2011 | 131 | NOTICE by OWENS-ILLINOIS, INC. *of Deposition of Barry I. Castleman* (Attachments: # 1 Exhibit A)(STUDEBAKER, JENNIFER) (Entered: 11/22/2011) |
| 11/23/2011 | 132 | NOTICE by OWENS-ILLINOIS, INC. *Amended Notice of Deposition of Stephen Kenoyer* (Attachments: # 1 Exhibit A)(STUDEBAKER, JENNIFER) (Entered: 11/23/2011) |
| 11/25/2011 | 133 | RESPONSE to Motion re (71 in 2:08-cv-92159-ER, 76 in 2:08-cv-92133-ER, 69 in 2:08-cv-92173-ER, 79 in 2:08-cv-92134-ER, 74 in 2:08-cv-92154-ER, 72 in 2:08-cv-92157-ER, 73 in 2:08-cv-92120-ER, 72 in 2:08-cv-91944-ER, 57 in 2:08-cv-92132-ER, 81 in 2:08-cv-91955-ER, 72 in 2:08-cv-92122-ER, 21 in 2:08-cv-92175-ER, 72 in 2:08-cv-91954-ER, 73 in 2:08-cv-92136-ER, 71 in 2:08-cv-92205-ER, 72 in 2:08-cv-92034-ER, 55 in 2:08-cv-92113-ER, 71 in 2:08-cv-92064-ER, 71 in 2:08-cv-92192-ER, 67 in 2:08-cv-92119-ER, 65 in 2:08-cv-92161-ER, 78 in 2:08-cv-92147-ER, 71 in 2:08-cv-92145-ER, 65 in 2:08-cv-92055-ER, 72 in 2:08-cv-92160-ER, 69 in 2:08-cv-92137-ER, 73 in 2:08-cv-92143-ER, 78 in 2:08-cv-92206-ER, 78 in 2:08-cv-92201-ER, 75 in 2:08-cv-91940-ER, 86 in 2:08-cv-92135-ER, 69 in 2:08-cv-92139-ER, 125 in 2:08-cv-92066-ER, 66 in 2:08-cv-92207-ER, 79 in 2:08-cv-92210-ER, 58 in 2:08-cv-91953-ER, 67 in 2:08-cv-92171-ER, 79 in 2:08-cv-92187-ER, 65 in 2:08-cv-92164-ER, 72 in 2:08-cv-92194-ER) MOTION to Compel, (65 in 2:08-cv-91869-ER, 66 in 2:08-cv-91762-ER, 67 in 2:08-cv-91882-ER, 70 in 2:08-cv-91881-ER, 26 in 2:08-cv-91893-ER, 24 in 2:08-cv-91880-ER, 18 in 2:08-cv-91890-ER, 84 in 2:08-cv-91867-ER, 66 in 2:08-cv-91758-ER, 78 in 2:08-cv-91862-ER, 69 in 2:08-cv-91879-ER, 68 in 2:08-cv-91763-ER, 49 in 2:08-cv-91884-ER, 67 in 2:08-cv-91885-ER, 72 in 2:08-cv-91858-ER) MOTION to Compel, (67 in 5:08-cv-92309-ER, 63 in 2:08-cv-92239-ER, 69 in 5:08-cv-92311-ER, 73 in 5:08-cv-92314-ER, 66 in 2:08-cv-92236-ER, 28 in 2:08-cv-92237-ER) MOTION to Compel filed CERTAIN DEFENDANTS. (Attachments: # 1 EXHIBIT A, # 2 EXHIBIT B, # 3 EXHIBIT C, # 4 EXHIBIT D, # 5 EXHIBIT E)(uh, ) (Entered: |

| | | 11/25/2011) |
|---|---|---|
| 11/28/2011 | 134 | NOTICE by OWENS-ILLINOIS, INC. *of Deposition of Carlos Bedrossian* (Attachments: # 1 Exhibit A)(STUDEBAKER, JENNIFER) (Entered: 11/28/2011) |
| 11/29/2011 | 135 | NOTICE by OWENS-ILLINOIS, INC. *of Amended Notice of Deposition of Carlos Bedrossian.* Certificate of Service. (Attachments: # 1 Exhibit A) (STUDEBAKER, JENNIFER) Modified on 11/30/2011 (ahf, ). (Entered: 11/29/2011) |
| 11/29/2011 | 136 | NOTICE by CBS CORPORATION *of Deposition of Joseph Ferriter.* Certificate of Service.(Attachments: # 1 Exhibit A)(LAUTH, RICHARD) Modified on 11/30/2011 (ahf, ). (Entered: 11/29/2011) |
| 11/30/2011 | 137 | RESPONSE IN SUPPORT OF Motion re (71 in 2:08-cv-92159-ER, 76 in 2:08-cv-92133-ER, 37 in 2:08-cv-92114-ER, 69 in 2:08-cv-92173-ER, 79 in 2:08-cv-92134-ER, 74 in 2:08-cv-92154-ER, 72 in 2:08-cv-92157-ER, 73 in 2:08-cv-92120-ER, 72 in 2:08-cv-91944-ER, 57 in 2:08-cv-92132-ER, 81 in 2:08-cv-91955-ER, 72 in 2:08-cv-92122-ER, 21 in 2:08-cv-92175-ER, 32 in 2:08-cv-91942-ER, 72 in 2:08-cv-91954-ER, 73 in 2:08-cv-92196-ER, 73 in 2:08-cv-92136-ER, 71 in 2:08-cv-92205-ER, 72 in 2:08-cv-92034-ER, 65 in 2:08-cv-92222-ER, 55 in 2:08-cv-92113-ER, 71 in 2:08-cv-92064-ER, 80 in 2:08-cv-92131-ER, 71 in 2:08-cv-92192-ER, 67 in 2:08-cv-92119-ER, 74 in 2:08-cv-92180-ER, 65 in 2:08-cv-92161-ER, 78 in 2:08-cv-92147-ER, 71 in 2:08-cv-92145-ER, 65 in 2:08-cv-92055-ER, 73 in 2:08-cv-92181-ER, 72 in 2:08-cv-92160-ER, 81 in 2:08-cv-92152-ER, 69 in 2:08-cv-92137-ER, 73 in 2:08-cv-92143-ER, 35 in 2:08-cv-92038-ER, 78 in 2:08-cv-92206-ER, 78 in 2:08-cv-92201-ER, 75 in 2:08-cv-91940-ER, 86 in 2:08-cv-92135-ER, 69 in 2:08-cv-92139-ER, 125 in 2:08-cv-92066-ER, 66 in 2:08-cv-92207-ER, 79 in 2:08-cv-92210-ER, 58 in 2:08-cv-91953-ER, 67 in 2:08-cv-92171-ER, 79 in 2:08-cv-92187-ER, 81 in 2:08-cv-92151-ER, 65 in 2:08-cv-92164-ER, 72 in 2:08-cv-92194-ER) MOTION to Compel, (67 in 5:08-cv-92309-ER, 63 in 2:08-cv-92239-ER, 45 in 5:08-cv-92305-ER, 27 in 5:08-cv-92259-ER, 69 in 5:08-cv-92311-ER, 73 in 5:08-cv-92314-ER) MOTION to Compel filed by CERTAIN PLAINTIFFS. (Attachments: # 1 PROPOSED ORDER, # 2 EXHIBIT A, # 3 EXHIBIT B-1, # 4 EXHIBIT B-2, # 5 EXHIBIT C-1 PART 1, # 6 EXHIBIT C-1 PART 2, # 7 EXHIBIT C-2, # 8 CERTIFICATE OF SERVICE)(uh, ) (Entered: 11/30/2011) |
| 12/01/2011 | 138 | NOTICE by GENERAL ELECTRIC COMPANY *of Deposition of Dale B. Edwards, P.E.* (Attachments: # 1 Exhibit A)(SUMMERLIN, AMANDA) (Entered: 12/01/2011) |
| 12/02/2011 | 139 | CERTAIN DEFENDANTS' COMBINED MOTION FOR LEAVE TO FILE SUR-REPLY AND SUR-REPLY IN SUPPORT OF RESPONSE TO MOTION TO COMPEL FORMAN PERRY WATKINS KRUTZ AND TARDY LLP TO TURN OVER W.R. GRACE STUDY DOCUMENTS RELATING TO DRS. SCHONFELD AND ANDERSON. (Attachments: # 1 Exhibit, # 2 Exhibit)(dp, ) Modified on 12/5/2011 (nmp, ). (Entered: 12/02/2011) |
| | | |

2:96-cv-02071-JTG  #99  Page 48 of 66

| 12/06/2011 | 140 | NOTICE by OWENS-ILLINOIS, INC. *of Deposition of Stan V. Smith* (Attachments: # 1 Exhibit A)(STUDEBAKER, JENNIFER) (Entered: 12/06/2011) |
|---|---|---|
| 12/09/2011 | 141 | NOTICE by OWENS-ILLINOIS, INC. re 140 Notice (Other) *OF CANCELLATION OF DEPOSITION OF STAN V. SMITH* (STUDEBAKER, JENNIFER) (Entered: 12/09/2011) |
| 12/09/2011 | 143 | ORDER THAT PLAINTIFFS' MOTION FOR PROTECTIVE ORDER REGARDING DRS. ANDERSON AND SADEK IS GRANTED IN PART AND DENIED IN PART, DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM ALVIN J. SCHONFELD, D.O. IS GRANTED IN PART AND DENIED IN PART, AND PLAINTIFFS' MOTION FOR PROTECTIVE ORDER REGARDING SCREENING DOCUMENTS IS GRANTED IN PART AND DENIED IN PART. IT IS FURTHER ORDERED THAT PLAINTIFFS MOTION TO COMPEL AND/OR VERIFY COMPLIANCE WITH RULE 26 (A)(1)(A)(ii) IS DENIED AND PLAINTIFFS' MOTION TO COMPEL FORMAN PERRY WATKINS KRUTZ & TARDY, LLP TO TURN OVER W.R. GRACE STUDY DOCUMENTS RELATING TO DRS. SCHONFELD ANN ANDERSON IS DENIED. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 12/9/2011. (Attachments: # 1 EXHIBIT A) 12/12/2011 ENTERED AND COPIES MAILED, AND E-MAILED. (uh, ) (Entered: 12/12/2011) |
| 12/12/2011 | 142 | NOTICE by CBS CORPORATION *OF CONTINUATION DEPOSITION OF JOSEPH FERRITER* (Attachments: # 1 Exhibit A)(LAUTH, RICHARD) (Entered: 12/12/2011) |
| 12/13/2011 | 144 | NOTICE by CBS CORPORATION *OF CANCELLATION OF CONTINUATION DEPOSITION OF JOSEPH H. FERRITER* (LAUTH, RICHARD) (Entered: 12/13/2011) |
| 12/13/2011 | 145 | MEMORANDUM OPINION THAT THE APPROPRIATE PLACE FOR PLAINTIFFS TO PURSE THE RELIEF THEY SEEK IS WITH THE CANKRUPTCY COURT THAT ISSUED THE ORDER. ACCORDINGLY, WE HAVE DENIED PLAINTIFFS' MOTION. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 12/13/11. 12/13/11 ENTERED AND COPIES MAILED, E-MAILED (dp, ) (Entered: 12/13/2011) |
| 12/14/2011 | 146 | ORDER THAT THE DECEMBER 9, 2011 ORDER AND ACCOMPANYING MEMORANDUM DATED DECEMBER 13,2011 ARE AMENDED TO APPLY TO THE CASES LISTED IN EXHIBIT "A" ATTACHED.(SEE O1-875 DOCS. 8306,8317 & 8313). SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 12/13/11. 12/14/11 ENTERED AND COPIES MAILED, E-MAILED.(dp, ) (Entered: 12/14/2011) |
| 12/20/2011 | 147 | NOTICE by OWENS-ILLINOIS, INC. *of Notice of Deposition of Arthur L. Frank, M.D., PH.D* (Attachments: # 1 Exhibit A)(STUDEBAKER, JENNIFER) (Entered: 12/20/2011) |

| 12/21/2011 | 149 | BY OUR ORDER OF DECEMBER 9, 2011 AND AS EXPLAINED IN OUR MEMORANDUM OPINION OF DECEMBER 12, 2011, WE DETERMINED THAT DEFENDANTS WERE ENTITLED TO THE DISCOVERY OF "MATERIALS NECESSARY TO MEASURE 'POSITIVE' AND/OR 'NEGATIVE' RATES," AND OF "MATERIALS REGARDING THE DAILY VOLUME OF SCREENINGS PERFORMED BY EACH DIAGNOSING DOCTOR." WE FURTHER DIRECTED PARTIES "TO WORK TOGETHER TO REACH AN AGREEMENT ON THE LEAST INTRUSIVE, MOST EXPEDITIOUS WAY TO PROVIDE THE DEFENDANTS THE INFORMATION REASONABLY NEEDED TO UNDERTAKE" THESE TESTING EXERCISES, ETC. (SEE 01-MD-875 DOC. NO. 8830 FOR COMPLETE CASE LIST) SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 12/20/2011. 12/22/2011 ENTERED AND COPIES MAILED AND E-MAILED. (aeg, ) (Entered: 12/22/2011) |
| --- | --- | --- |
| 12/22/2011 | 148 | NOTICE by OWENS-ILLINOIS, INC. re 134 Notice (Other), 135 Notice (Other) *of Amended Notice of Deposition of Carlos Bedrossian* (Attachments: # 1 Exhibit A)(STUDEBAKER, JENNIFER) (Entered: 12/22/2011) |
| 12/22/2011 | 150 | Withdrawal of Appearance of Attorney William V. Johnson in the Cases Identified on the Attached List.(td, ) (Entered: 12/23/2011) |
| 12/29/2011 | 152 | ORDER THAT PLAINTIFFS SHALL HAVE UNTIL 1/10/12 TO FILE ANY SUCH MOTION. IT IS FURTHER ORDERED THAT ALL MATERIALS TO BE PRODUCED PURSUANT TO THE 12/20 ORDER THAT WERE PREVIOUSLY TO BE PRODUCED BY 1/10/12, MUST BE PRODUCED ON OR BEFORE 1/17/12. FOLLOWING UPON A FURTHER REQUEST BY THE PLAINTIFFS FOR AN EXTENSION OF TIME TO PRODUCE THE MATERIALS SUBJECT TO THE ORDER OF 12/9/11, IT IS HEREBY FURTHER ORDERED THAT ALL MATERIALS THAT WERE PREVIOUSLY TO BE PRODUCED BY 12/30/11, MUST BE PRODUCED ON OR BEFORE 1/6/12.(SEE 01-875 PAPER NO. 8344 FOR FULL CASE LIST). SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 12/29/11. 12/29/11 ENTERED AND COPIES MAILED, E-MAILED.(dp, ) (Entered: 12/29/2011) |
| 12/30/2011 | 153 | NOTICE OF WITHDRAWAL OF APPEARANCE OF ROBERT SPITOVSKY. (SEE 01-875 PAPER NO.8345 FOR CASE LIST) (dp, ) (Entered: 12/30/2011) |
| 01/05/2012 | 154 | NOTICE by CBS CORPORATION *Continuation Deposition of Joseph H. Ferriter* (Attachments: # 1 Exhibit A)(LAUTH, RICHARD) (Entered: 01/05/2012) |
| 01/05/2012 | 155 | MOTION for Summary Judgment filed by RAPID AMERICAN CORP.with Memorandum of Law, Declarations & Certificate of Service. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Text of Proposed Order) (GROSS, AMIEL) (Entered: 01/05/2012) |
| 01/06/2012 | 156 | MOTION for Summary Judgment filed by GENERAL ELECTRIC |

| | | |
|---|---|---|
| | | COMPANY.Certificate of Service. (Attachments: # 1 Exhibit Ex. A - Excerpts from the Deposition of Paul Gehrt)(FONSTAD, JOHN) (Entered: 01/06/2012) |
| 01/06/2012 | 157 | MOTION for Summary Judgment filed by CERTAINEED CORPORATION.. (Attachments: # 1 Exhibit, # 2 Exhibit)(PERKINS, CAROL) (Entered: 01/06/2012) |
| 01/06/2012 | 158 | MOTION AND ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW JOSEPH O'HARA AS COUNSEL FOR OWENS-ILLINOIS, INC. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 1/5/2012. 1/6/2012 ENTERED AND COPIES MAILED AND E-MAILED.(jcab) (Entered: 01/06/2012) |
| 01/06/2012 | 159 | MOTION for Summary Judgment filed by CBS CORPORATION.with Memorandum of Law and Certificate of Service. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Text of Proposed Order)(LAUTH, RICHARD) (Entered: 01/06/2012) |
| 01/06/2012 | 160 | Report Of *Disclosure and Expert Filing with Certificate of Service* by RAPID AMERICAN CORP. (GROSS, AMIEL) (Entered: 01/06/2012) |
| 01/06/2012 | 161 | Report Of *Rule 26(a)(2) Disclosure of Expert Witnesses* by GEORGIA-PACIFIC, LLC. (Attachments: # 1 Exhibit A-1, # 2 Exhibit A-2, # 3 Exhibit B-1, # 4 Exhibit B-2, # 5 Exhibit C-2, # 6 Exhibit D-1, # 7 Exhibit D-2)(STUDEBAKER, JENNIFER) (Entered: 01/06/2012) |
| 01/06/2012 | 162 | Report Of *Dr. Tom Howard* by CBS CORPORATION. (Attachments: # 1 Expert Materials of Dr. Tom Howard, # 2 Certificate of Service)(LAUTH, RICHARD) (Entered: 01/06/2012) |
| 01/06/2012 | 163 | Report Of *Dr. Peter Barrett* by CBS CORPORATION. (Attachments: # 1 Expert Materials of Dr. Peter Barrett, # 2 Certificate of Service)(LAUTH, RICHARD) (Entered: 01/06/2012) |
| 01/06/2012 | 164 | Report Of *Dr. David Weill* by CBS CORPORATION. (Attachments: # 1 Expert Materials of Dr. David Weill, # 2 Certificate of Service)(LAUTH, RICHARD) (Entered: 01/06/2012) |
| 01/06/2012 | 165 | Report Of *Sheldon Rabinovitz* by CBS CORPORATION. (Attachments: # 1 Expert Materials of Sheldon Rabinovitz, # 2 Certificate of Service) (LAUTH, RICHARD) (Entered: 01/06/2012) |
| 01/06/2012 | 166 | MOTION for Summary Judgment *Rule 56* filed by FOSTER WHEELER LLC.Certificate of Service.(ZAPOTOCNY, EMILY) (Entered: 01/06/2012) |
| 01/06/2012 | 167 | Disclosure with Certificate of Service by OWENS-ILLINOIS, INC.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (CASMERE, EDWARD) (Entered: 01/06/2012) |
| 01/06/2012 | 168 | MOTION for Summary Judgment filed by GEORGIA-PACIFIC, LLC.Memorandum of Law and Certificate of Service. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 |

| | | |
|---|---|---|
| | | Text of Proposed Order)(DRUMKE, MICHAEL) (Entered: 01/06/2012) |
| 01/06/2012 | 169 | MOTION for Extension of Time to File *Certain Expert Reports* filed by CBS CORPORATION, GENERAL ELECTRIC COMPANY, GEORGIA-PACIFIC, LLC, OWENS-ILLINOIS, INC., WESTINGHOUSE ELECTRIC CORPORATION.Certificate of Service.(STUDEBAKER, JENNIFER) (Entered: 01/06/2012) |
| 01/06/2012 | 170 | MOTION for Summary Judgment filed by OWENS-ILLINOIS, INC... (Attachments: # 1 DEFENDANT OWENS-ILLINOIS, INC.'S LOCAL RULE 7.1(c) BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT, # 2 DEFENDANT OWENS-ILLINOIS, INC.'S EXHIBITS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT, # 3 DEFENDANT OWENS-ILLINOIS, INC.'S PROPOSED ORDER, # 4 DEFENDANT OWENS-ILLINOIS, INC.'S CERTIFICATE OF SERVICE FOR ITS MOTION FOR SUMMARY JUDGMENT)(CASMERE, EDWARD) (Entered: 01/06/2012) |
| 01/06/2012 | 171 | MOTION for Extension of Time to File *Certain Expert Disclosures* filed by CBS CORPORATION, GENERAL ELECTRIC COMPANY, GEORGIA-PACIFIC, LLC, OWENS-ILLINOIS, INC..Certificate of Service.(STUDEBAKER, JENNIFER) (Entered: 01/06/2012) |
| 01/06/2012 | 172 | JOINDER in Motion for Extension of Time to File Certain Expert Reports, filed by CERTAINEED CORPORATION, UNION CARBIDE CORPORATION.(TAYLOR, TOBIN) Modified on 1/9/2012 (md). (Entered: 01/06/2012) |
| 01/06/2012 | 173 | MOTION for Summary Judgment filed by UNION CARBIDE CORPORATION.. (Attachments: # 1 Memorandum, # 2 Exhibit Exhbits A-B of Memorandum, # 3 Exhibit Exhibits C-E of Memorandum, # 4 Exhibit Exhibit F of Memorandum, # 5 Exhibit Exhibits G-I of Memorandum, # 6 Case Management Track Form)(TAYLOR, TOBIN) (Entered: 01/06/2012) |
| 01/06/2012 | 🔒 | (Court only) ***Motions terminated: 172 MOTION for Joinder *for Motion for Extension of Time to File Certain Expert Reports* filed by CERTAINEED CORPORATION, UNION CARBIDE CORPORATION. (md) (Entered: 01/09/2012) |
| 01/10/2012 | 174 | Report Of Defendant, Georgia-Pacific LLC's Supplemental Rule 26(a)(2) Disclosure of Expert Witness Dr. Mark R. Wick by GEORGIA-PACIFIC, LLC. (Attachments: # 1 Exhibit A)(STUDEBAKER, JENNIFER) (Document # 1 Exhibit A replaced on 1/11/2012) (See Paper #179) Modified on 1/12/2012 (md). (Entered: 01/10/2012) |
| 01/10/2012 | 175 | Report Of Dr. Mark R. Wick by CBS CORPORATION. (Attachments: # 1 Expert Materials of Dr. Mark R. Wick, # 2 Certificate of Service)(LAUTH, RICHARD) (Main Document 175 replaced on 1/11/2012) (md). (DOCUMENT RE-FILED AT PAPER #178) Modified on 1/12/2012 (md). (Entered: 01/10/2012) |
| 01/11/2012 | 176 | Disclosure with Certificate of Service by OWENS-ILLINOIS, INC.. |

| | | (Attachments: # 1 Exhibit A)(CASMERE, EDWARD) (Entered: 01/11/2012) |
|---|---|---|
| 01/11/2012 | 180 | PLAINTIFF'S COMBINED MOTION AND MEMORANDUM TO RECONSIDER ORDER ENTERED 12-20-2011 (SEE PAPER NO. 41 ON CASE 08-88250 FOR COMPLETE PDF) (Attachments: # 1 Certificate of Service)(stwe, ) (Entered: 01/12/2012) |
| 01/12/2012 | 177 | NOTICE by CBS CORPORATION re 175 Report Of *Dr. Mark R, Wick* (LAUTH, RICHARD) (Entered: 01/12/2012) |
| 01/12/2012 | 178 | Report Of *Dr. Mark R. Wick* by CBS CORPORATION. (Attachments: # 1 Expert Materials of Dr. Mark R. Wick, # 2 Certificate of Service)(LAUTH, RICHARD) (Entered: 01/12/2012) |
| 01/12/2012 | 179 | EXHIBIT A to Defendant Georgia-Pacific LLC's 174 Supplemental Rule 26(a)(2) Disclosure of Expert Witness Dr. Mark R. Wick by GEORGIA-PACIFIC, LLC, Certificate of Service (STUDEBAKER, JENNIFER) Modified on 1/12/2012 (md). (Entered: 01/12/2012) |
| 01/13/2012 | 190 | ORDER THAT ORAL ARGUMENT ON ALL OPPOSED MOTIONS FOR SUMMARY JUDGMENT WILL BE HELD ON 3/27/12 AT 10:00 AM IN COURTROOM 11A. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 1/12/12. 1/17/12 ENTERED AND COPIES MAILED, E-MAILED.(mbh, ) (Entered: 01/17/2012) |
| 01/16/2012 | 181 | MOTION in Limine *General Motion in Limine* filed by CERTAINEED CORPORATION..(LUDOLPH, MARK) (Entered: 01/16/2012) |
| 01/16/2012 | 182 | MOTION in Limine *Motion to Utlize Jury Questinnaire* filed by CERTAINEED CORPORATION..(LUDOLPH, MARK) (Entered: 01/16/2012) |
| 01/16/2012 | 183 | MOTION in Limine *and Supporting Memorandum of Law and Motion to Exclude the Trial Testimony of Barry Castleman* filed by CERTAINEED CORPORATION..(LUDOLPH, MARK) (Entered: 01/16/2012) |
| 01/16/2012 | 184 | MOTION in Limine *and Memorandum in Support to Exclude Post-Exposure Evidence* filed by CERTAINEED CORPORATION.. (LUDOLPH, MARK) (Entered: 01/16/2012) |
| 01/16/2012 | 185 | MOTION in Limine *for Forty Eight Hour Presdisclosure of Documents and Witnesses prior to Presentation at Trial* filed by CERTAINEED CORPORATION..(LUDOLPH, MARK) (Entered: 01/16/2012) |
| 01/16/2012 | 186 | MOTION in Limine *Motion for Set-Off* filed by CERTAINEED CORPORATION..(LUDOLPH, MARK) (Entered: 01/16/2012) |
| 01/16/2012 | 187 | MOTION in Limine *Motion to Adopt Co-Defendants Motion in Limine and Other Pretrial Motions* filed by CERTAINEED CORPORATION.. (LUDOLPH, MARK) (Entered: 01/16/2012) |
| 01/16/2012 | 188 | MOTION in Limine *to Exclude Trial & Deposition Testimony From Prior Cases* filed by CERTAINEED CORPORATION..(LUDOLPH, MARK) |

| | | (Entered: 01/16/2012) |
|---|---|---|
| 01/16/2012 | 189 | MOTION in Limine *to Bar Testimony of Lay Persons Concerning Whether Certain Products Contained Asbestos* filed by CERTAINEED CORPORATION..(LUDOLPH, MARK) (Entered: 01/16/2012) |
| 01/17/2012 | 191 | MOTION in Limine filed by UNION CARBIDE CORPORATION.. (TAYLOR, TOBIN) (Entered: 01/17/2012) |
| 01/17/2012 | 192 | MOTION in Limine filed by FOSTER WHEELER LLC..(KENNEDY, JASON) (Entered: 01/17/2012) |
| 01/17/2012 | 193 | MOTION in Limine *to Exclude Expert Testimony of Joseph Ferriter* filed by FOSTER WHEELER LLC.. (Attachments: # 1 Exhibit A)(KENNEDY, JASON) (Entered: 01/17/2012) |
| 01/17/2012 | 194 | MOTION in Limine *To Limit Plaintiff's Expert Testimony and Use of Undisclosed Exhibits* filed by FOSTER WHEELER LLC..(KENNEDY, JASON) (Entered: 01/17/2012) |
| 01/17/2012 | 195 | MOTION in Limine *TO EXCLUDE ARGUMENT OR EVIDENCE OF LIABILITY FOR PRODUCTS NOT MANUFACTURED BY DEFENDANT* filed by FOSTER WHEELER LLC..(KENNEDY, JASON) (Entered: 01/17/2012) |
| 01/17/2012 | 196 | MOTION in Limine *TO EXCLUDE ARGUMENT OR EVIDENCE THAT DEFENDANT HAD A POST-SALE DUTY TO WARN OF THE DANGERS ASSOCIATED WITH ASBESTOS* filed by FOSTER WHEELER LLC.. (KENNEDY, JASON) (Entered: 01/17/2012) |
| 01/17/2012 | 197 | NOTICE by FOSTER WHEELER LLC of Adoption of Other Co-Defendants' Motions In Limine and Other Pretrial Motions. (KENNEDY, JASON) Modified on 1/18/2012 (md). (Entered: 01/17/2012) |
| 01/17/2012 | 198 | MOTION FOR SET-OFF filed by FOSTER WHEELER LLC. (KENNEDY, JASON) Modified on 1/18/2012 (md). (Entered: 01/17/2012) |
| 01/17/2012 | 199 | PLAINTIFFS' COMBINED MOTION AND MEMORANDUM FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL. CERTIFICATE OF SERVICE. (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Service, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C).(ahf) (Entered: 01/18/2012) |
| 01/17/2012 | 200 | ORDER THAT PLAINTIFFS' COMBINED MOTION AND MEMORANDUM TO RECONSIDER ORDER ENTERED 12/20/2011 (E.G. 08-90011 DOC. NO. 26), IS DENIED. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 1/17/2012. 1/18/2012 ENTERED AND COPIES MAILED AND E-MAILED.(amas) (Entered: 01/18/2012) |
| 01/17/2012 | 🔒 | (Court only) ***Motions terminated: 180 MOTION for Reconsideration filed by LINDA MAULDING. (kp, ) (Entered: 01/19/2012) |
| 01/18/2012 | 201 | ORDER THAT THE PRODUCTION OF THOSE SPECIFIC |

| | | DOCUMENTS THAT WERE THE SUBJECT OF PLAINTIFFS' MOTION TO RECONSIDER IS SUSPENDED SUBJECT TO FURTHER ORDER OF THE HONORABLE EDUARDO C. ROBRENO, FOLLOWING UPON PLAINTIFFS' ANTICIPATED MOTION TO RECONSIDER BEFORE JUDGE ROBRENO, AS MAY BE TO THEM UNDER 28 U.S.C.636(b)(1)(A). ACCORDINGLY, PLAINTIFFS' MOTION FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL (E.G.08-88250 DOC.42) IS DENIED AS MOOT.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 1/18/12. 1/19/12 ENTERED AND COPIES MAILED, E-MAILED.(dp, ) (Entered: 01/19/2012) |
|---|---|---|
| 01/18/2012 | 🔒 | (Court only) ***Motions terminated: 199 MOTION to Seal Document filed by SHIRLEY ELIZABETH. (nmp, ) (Entered: 01/19/2012) |
| 01/20/2012 | 202 | NOTICE by OWENS-ILLINOIS, INC. re 131 Notice (Other) of *Amended Notice of Deposition of Barry I. Castleman* (Attachments: # 1 Exhibit A) (STUDEBAKER, JENNIFER) (Entered: 01/20/2012) |
| 01/20/2012 | 203 | NOTICE by GENERAL ELECTRIC COMPANY of *Continuation of Deposition of Carlos Bedrossian* (Attachments: # 1 Exhibit A) (SUMMERLIN, AMANDA) (Entered: 01/20/2012) |
| 01/20/2012 | 204 | NOTICE by OWENS-ILLINOIS, INC. re 148 Notice (Other) of *Continuation of Deposition of Carlos Bedrossian* (Attachments: # 1 Exhibit A)(STUDEBAKER, JENNIFER) (Entered: 01/20/2012) |
| 01/20/2012 | 205 | NOTICE by OWENS-ILLINOIS, INC. re 202 Notice (Other) of *Cancellation of Deposition of Barry I. Castleman* (STUDEBAKER, JENNIFER) (Entered: 01/20/2012) |
| 01/23/2012 | 206 | Report Of *Supplemental Rule 26(a)(2) of Expert Witness Dr. Mark R. Wick* by GEORGIA-PACIFIC, LLC. (Attachments: # 1 Exhibit A) (STUDEBAKER, JENNIFER) (Entered: 01/23/2012) |
| 01/23/2012 | 207 | Report Of *Supplemental Rule 26(a)(2) of Expert Witness Dr. Mark R. Wick* by CBS CORPORATION. (Attachments: # 1 Testimony History - Dr. Mark R. Wick)(LAUTH, RICHARD) (Entered: 01/23/2012) |
| 01/23/2012 | 208 | ORDER THAT CERTAIN DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE CERTAIN EXPERT DISCLOSURES (DOC. NO. 171) IS GRANTED. THE DISCLOSURES SHALL BE FILED BY 1/25/12. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 1/23/12. 1/24/12 ENTERED AND COPIES MAILED, E-MAILED.(mbh, ) (Entered: 01/24/2012) |
| 01/23/2012 | 209 | ORDER THAT CERTAIN DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE CERTAIN EXPERT DISCLOSURES (DOC. NO. 169) IS GRANTED. THE DISCLOSURES SHALL BE FILED BY 1/25/12. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 1/23/12. 1/24/12 ENTERED AND COPIES MAILED, E-MAILED.(mbh, ) (Entered: 01/24/2012) |

| 01/24/2012 | 210 | PLAINTIFFS' OBJECTIONS TO DECEMBER 20,2011 ORDER. (SEE 01-875 DOC NO. 8394 FOR CASE LIST)(dp, ) (Entered: 01/24/2012) |
|---|---|---|
| 01/27/2012 | 211 | STIPULATION of Dismissal *and No Opposition to Motion for Summary Judgment* by RAPID AMERICAN CORP. (Attachments: # 1 Text of Proposed Order)(GROSS, AMIEL) (Entered: 01/27/2012) |
| 01/27/2012 | 212 | NOTICE by PAUL W GEHRT re 168 MOTION for Summary Judgment , *Stipulation that Georgia Pacific LLC's Motion for Summary Judgment is unopposed by plaintiff* (Attachments: # 1 Text of Proposed Order) (CASCINO, MICHAEL) (Entered: 01/27/2012) |
| 01/27/2012 | 213 | NOTICE by PAUL W GEHRT re 155 MOTION for Summary Judgment, 173 MOTION for Summary Judgment, 159 MOTION for Summary Judgment, 170 MOTION for Summary Judgment, 156 MOTION for Summary Judgment, 168 MOTION for Summary Judgment, 157 MOTION for Summary Judgment, 166 MOTION for Summary Judgment *Rule 56 , Plaintiffs' Brief on the Illinois Construction Statute of Repose* (Attachments: # 1 Exhibit A, # 2 Certificate of Service)(CASCINO, MICHAEL) (Entered: 01/27/2012) |
| 01/27/2012 | 214 | NOTICE by PAUL W GEHRT re 168 MOTION for Summary Judgment, 157 MOTION for Summary Judgment, 155 MOTION for Summary Judgment, 173 MOTION for Summary Judgment, 159 MOTION for Summary Judgment, 170 MOTION for Summary Judgment, 156 MOTION for Summary Judgment, 166 MOTION for Summary Judgment *Rule 56 Plaintiffs' Brief on Asbestos Exposure Proximate Causation Law* (Attachments: # 1 Exhibit A, # 2 Declaration, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Certificate of Service)(CASCINO, MICHAEL) (Entered: 01/27/2012) |
| 01/27/2012 | 215 | RESPONSE in Opposition re 168 MOTION for Summary Judgment, 157 MOTION for Summary Judgment, 155 MOTION for Summary Judgment, 173 MOTION for Summary Judgment, 159 MOTION for Summary Judgment, 170 MOTION for Summary Judgment, 156 MOTION for Summary Judgment, 166 MOTION for Summary Judgment *Rule 56* filed by PAUL W GEHRT. (Attachments: # 1 Text of Proposed Order, # 2 Declaration, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Exhibit 13, # 16 Exhibit 14, # 17 Exhibit 15, # 18 Certificate of Service)(CASCINO, MICHAEL) (Entered: 01/27/2012) |
| 01/28/2012 | 216 | NOTICE by PAUL W GEHRT re 215 Response in Opposition to Motion,,, *Plaintiffs' Brief on Westinghouse Corporate Knowledge, Resources, and Conduct Regarding Asbestos Hazards* (Attachments: # 1 Declaration, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Certificate of Service)(CASCINO, MICHAEL) (Entered: 01/28/2012) |
| 01/30/2012 | 217 | STIPULATION by PAUL W GEHRT re 157 Motion for Summary |

| | | |
|---|---|---|
| | | Judgment. Stipulation that Defendant Certainteed Corporation's Motion for Summary Judgment is Unopposed by Plaintiff. (Attachments: # 1 Text of Proposed Order)(CASCINO, MICHAEL) Modified on 1/31/2012 (md). (Entered: 01/30/2012) |
| 01/31/2012 | 218 | ORDER THAT DEFENDANT RAPID AMERICAN CORP'S MOTION FOR SUMMARY JUDGMENT IS GRANTED AND RAPID AMERICAN CORP. IS DISMISSED FROM THIS ACTION WITH PREJUDICE AND WITHOUT COSTS TO EITHER PARTY. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 1/30/12. 2/1/12 ENTERED AND COPIES MAILED, E-MAILED.(mbh, ) (Entered: 02/01/2012) |
| 02/01/2012 | 219 | ORDER THAT THE 11/16/2011 SECOND AMENDED CASE MANAGEMENT AND SCHEDULING ORDER FOR THE "TOP TEN" CASES WHICH INCLUDES THE 9 REMAINING CASES LISTED ABOVE SHALL BE AMENDED AS OUTLINED IN THIS ORDER. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 2/1/2012; 2/1/2012 ENTERED AND COPIES MAILED, E-MAILED. (mbh) (Entered: 02/01/2012) |
| 02/01/2012 | 220 | ORDER THAT THE MOTIONS IN LIMINE (DOC NOS. 182 AND 192) ARE DENIED WITHOUT PREJUDICE. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 2/1/12. 2/1/12 ENTERED AND COPIES MAILED, E-MAILED.(mbh, ) (Entered: 02/01/2012) |
| 02/01/2012 | 221 | ORDER THAT PLAINTIFF SHALL HAVE UNTIL 2/3/12 TO FILE A MOTION FOR LEAVE TO SUPPLEMENT THEIR RESPONSES AND SHALL ATTACH THE SUPPLEMENTAL BRIEF TO THAT MOTION WITH AN EXPLANATION OF WHY IT IS NECESSARY. DEFENDANTS SHALL HAVE UNTIL 2/10/12 TO FILE A RESPONSE. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 2/1/12. 2/1/12 ENTERED AND COPIES MAILED, E-MAILED.(mbh, ) (Entered: 02/01/2012) |
| 02/01/2012 | 222 | ORDER THAT DEFENDANTS' MOTIONS LISTED IN EXHIBIT A ATTACHED ARE GRANTED AS UNOPPOSED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 1/31/12. 2/1/12 ENTERED AND COPIES MAILED, E-MAILED.(mbh, ) (Entered: 02/02/2012) |
| 02/01/2012 | 🔒 | (Court only) ***Motions terminated: 195 MOTION in Limine *TO EXCLUDE ARGUMENT OR EVIDENCE OF LIABILITY FOR PRODUCTS NOT MANUFACTURED BY DEFENDANT* filed by FOSTER WHEELER LLC, 186 MOTION in Limine *Motion for Set-Off* filed by CERTAINEED CORPORATION, 194 MOTION in Limine *To Limit Plaintiff's Expert Testimony and Use of Undisclosed Exhibits* filed by FOSTER WHEELER LLC, 184 MOTION in Limine *and Memorandum in Support to Exclude Post-Exposure Evidence* filed by CERTAINEED CORPORATION, 188 MOTION in Limine *to Exclude Trial & Deposition Testimony From Prior Cases* filed by CERTAINEED CORPORATION, 193 MOTION in Limine *to Exclude Expert Testimony of Joseph Ferriter* |

| | | |
|---|---|---|
| | | filed by FOSTER WHEELER LLC, <u>183</u> MOTION in Limine *and Supporting Memorandum of Law and Motion to Exclude the Trial Testimony of Barry Castleman* filed by CERTAINEED CORPORATION, <u>189</u> MOTION in Limine *to Bar Testimony of Lay Persons Concerning Whether Certain Products Contained Asbestos* filed by CERTAINEED CORPORATION, <u>181</u> MOTION in Limine *General Motion in Limine* filed by CERTAINEED CORPORATION, <u>191</u> MOTION in Limine filed by UNION CARBIDE CORPORATION, <u>187</u> MOTION in Limine *Motion to Adopt Co-Defendants Motion in Limine and Other Pretrial Motions* filed by CERTAINEED CORPORATION, <u>196</u> MOTION in Limine *TO EXCLUDE ARGUMENT OR EVIDENCE THAT DEFENDANT HAD A POST-SALE DUTY TO WARN OF THE DANGERS ASSOCIATED WITH ASBESTOS* filed by FOSTER WHEELER LLC. (mbh, ) (Entered: 02/06/2012) |
| 02/01/2012 | 🔒 | (Court only) ***Motions terminated: <u>185</u> MOTION in Limine *for Forty Eight Hour Presdisclosure of Documents and Witnesses prior to Presentation at Trial* filed by CERTAINEED CORPORATION. (ahf, ) (Entered: 02/10/2012) |
| 02/02/2012 | <u>223</u> | STIPULATION of Dismissal *and No Opposition to Motion for Summary Judgment* by FOSTER WHEELER LLC. (Attachments: # <u>1</u> Text of Proposed Order)(ZAPOTOCNY, EMILY) (Entered: 02/02/2012) |
| 02/03/2012 | <u>224</u> | REPLY to Response to Motion re <u>159</u> MOTION for Summary Judgment filed by CBS CORPORATION. (Attachments: # <u>1</u> Exhibit A)(LAUTH, RICHARD) (Entered: 02/03/2012) |
| 02/03/2012 | <u>225</u> | NOTICE by CBS CORPORATION OF WITHDRAWAL OF DOCKET NUMBER <u>224</u> CBS Corporation's Reply to Response to Motion for Summary Judgment. (LAUTH, RICHARD) Modified on 2/6/2012 (md). (Entered: 02/03/2012) |
| 02/03/2012 | <u>226</u> | NOTICE by CBS CORPORATION of Withdrawal of Docket Numbers <u>224</u> Reply to Response to Motion, and <u>225</u> Notice of Withdrawal of Docket Number 224. (LAUTH, RICHARD) Modified on 2/6/2012 (md). (Entered: 02/03/2012) |
| 02/03/2012 | <u>227</u> | REPLY to Response to Motion re <u>159</u> MOTION for Summary Judgment filed by CBS CORPORATION. (Attachments: # <u>1</u> Exhibit A)(LAUTH, RICHARD) (Entered: 02/03/2012) |
| 02/03/2012 | <u>228</u> | MOTION to Strike *the Declaration of Paul W. Gehrt* filed by GENERAL ELECTRIC COMPANY.Certificate of Service. (Attachments: # <u>1</u> Exhibit Exhibit A, # <u>2</u> Exhibit Exhibit A)(FONSTAD, JOHN) (Entered: 02/03/2012) |
| 02/03/2012 | <u>229</u> | RESPONSE in Support re <u>156</u> MOTION for Summary Judgment filed by GENERAL ELECTRIC COMPANY. (Attachments: # <u>1</u> Exhibit Exhibit A, # <u>2</u> Exhibit Exhibit B, # <u>3</u> Exhibit Exhibit C, # <u>4</u> Exhibit Exhibit D, # <u>5</u> Exhibit Exhibit E)(FONSTAD, JOHN) (Entered: 02/03/2012) |
| 02/03/2012 | <u>230</u> | MOTION For Leave to File Plaintiffs' Amended Brief on Asbestos |

| | | |
|---|---|---|
| | | Exposure Proximate Causaton Law re 221 Order, filed by PAUL W GEHRT.Brief, Certificate of Service, Declaration. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A, # 3 Exhibit B, # 4 Brief, # 5 Declaration, # 6 Exhibit 1, # 7 Exhibit 2, # 8 Exhibit 3, # 9 Exhibit 4, # 10 Exhibit 5, # 11 Exhibit 6, # 12 Exhibit 7, # 13 Exhibit 8, # 14 Certificate of Service) (CASCINO, MICHAEL) (Entered: 02/03/2012) |
| 02/06/2012 | 231 | STIPULATION by PAUL W GEHRT re 173 Motion for Summary Judgment. Stipulation that Union Carbide Corporation's Motion for Summary Judgment is Unopposed. (Attachments: # 1 Text of Proposed Order)(CASCINO, MICHAEL) Modified on 2/7/2012 (md). (Entered: 02/06/2012) |
| 02/06/2012 | 232 | ORDER THAT DEFENDANTS' MOTIONS LISTED IN EXHIBIT "A", ATTACHED, ARE GRANTED AS UNOPPOSED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 1/31/12. 2/7/12 ENTERED AND COPIES MAILED, E-MAILED.(mbh, ) (Entered: 02/07/2012) |
| 02/08/2012 | 233 | ORDER THAT PLAINTIFFS' OBJECTIONS TO MAGISTRATE JUDGE STRAWBRIDGE'S 12/30/11 DISCOVERY ORDER ARE OVERRULED.. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 2/6/12. 2/9/12 ENTERED AND COPIES MAILED, E-MAILED.(dp, ) (Entered: 02/09/2012) |
| 02/08/2012 | 234 | ORDER THAT PLAINTTIFFS' MOTION FOR LEAVE TO FILE PLAINTIFFS' AMENDED BRIEF ON ASBESTOS EXPOSURE PROXIMATE CAUSATION LAW IS GRANTED AND ACCORDINGLY PLAINTIFFS' AMENDED BRIEF IS DEEMED FILED. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 2/8/12. 2/9/12 ENTERED AND COPIES MAILED, E-MAILED.(mbh, ) (Entered: 02/09/2012) |
| 02/08/2012 | 235 | Plaintiff's Amended Brief on Asbestos Exposure Proximate Causation Law. (mbh, ) (Entered: 02/09/2012) |
| 02/09/2012 | 236 | NOTICE by GENERAL ELECTRIC COMPANY *of Deposition of Barry I. Castleman* (Attachments: # 1 Exhibit A)(SUMMERLIN, AMANDA) (Entered: 02/09/2012) |
| 02/10/2012 | 237 | NOTICE by OWENS-ILLINOIS, INC. re 204 Notice (Other) *of Withdrawal of Notice of Continuation of Deposition of Carlos Bedrossian* (STUDEBAKER, JENNIFER) (Entered: 02/10/2012) |
| 02/14/2012 | 238 | ORDER THAT COUNSEL FOR PLAINTIFFS AND DESIGNATED MEMBERS OF THE DEFENSE LIAISON COUNCIL ARE COMPELLED TO APPEAR IN PHILADELPHIA ON 3/5/12 AT 9:30AM FOR A CONFERENCE ON COMPLIANCE WITH OUR AMENDED CASE MANAGEMENT AND SCHEDULING ORDER PERTAIN TO DRS. SCHONFELD, ANDERSON, AND SADEK OF 2/9/12 (SEE E.G; 08-89293 DOC.NO.96), AND ANY ISSUES ASSOCIATED WITH ANY OF OUR PREVIOUS ORDERS REGARDING THE PRODUCTION OF DOCUMENTS PERTAINING TO THESE DOCTORS. COUNSEL FOR |

| | | |
|---|---|---|
| | | ANY OTHER CONCERNED PARTIES MAY, BUT ARE NOT REQUIRED TO ATTEND. COUNSEL IN ATTENDANCE ARE EXPECTED TO RESERVE THE ENTIRE DAY FOR THE SESSION IN PHILADELPHIA. IF COUNSEL SO DESIRES, THE COURT WILL MAKE ITSELF AVAILABLE ON THIS DATE TO DISCUSS SETTLEMENT.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 2/14/12. 2/15/12 ENTERED AND COPIES MAILED, E-MAILED.(dp, ) (Entered: 02/15/2012) |
| 02/15/2012 | 239 | ORDER THAT DEFENDANTS HAVE UNTIL 3/29/12 TO FILE ANY SUMMARY JUDGMENT MOTIONS DIRECTED AS PLAINTIFFS FAILURE TO WARN CLAIMS IN THE ANDERSON, BUSHMAKER AND GEHRT CASES; PLAINTIFFS SHALL HAVE UNTIL 4/5/12 TO FILE A RESPONSE TO ANY SUCH SUMMARY JUDGMENT MOTIONS; THE COURT WILL HEAR THESE MOTIONS ON 5/8/12, ETC.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 2/15/12. 2/16/12 ENTERED AND COPIES MAILED, E-MAILED (rf) (Entered: 02/16/2012) |
| 02/17/2012 | 240 | Defendant's Response to Request for Review of Plaintiff re 230 MOTION For Leave to File Plaintiffs' Amended Brief on Asbestos Exposure Proximate Causaton Law re 221 Order, filed by GENERAL ELECTRIC COMPANY. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B) (FONSTAD, JOHN) (Entered: 02/17/2012) |
| 02/17/2012 | 241 | RESPONSE in Opposition re 228 MOTION to Strike *the Declaration of Paul W. Gehrt* filed by PAUL W GEHRT. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A, # 3 Certificate of Service)(CASCINO, MICHAEL) (Entered: 02/17/2012) |
| 02/24/2012 | 242 | REPLY to Response to Motion re 230 MOTION For Leave to File Plaintiffs' Amended Brief on Asbestos Exposure Proximate Causaton Law re 221 Order, *Plaintiffs Reply Brief on Asbestos Exposure Proximate Causation Law* filed by PAUL W GEHRT. (Attachments: # 1 Errata A) (CASCINO, MICHAEL) (Entered: 02/24/2012) |
| 02/27/2012 | 243 | ORDER THAT DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT LISTED IN EXHIBIT "A", ATTACHED, ARE GRANTED AS UNOPPOSED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 2/27/12. 2/28/12 ENTERED AND COPIES MAILED, E-MAILED.(mbh, ) (Entered: 02/28/2012) |
| 02/29/2012 | 244 | NOTICE by GENERAL ELECTRIC COMPANY re 236 Notice (Other) *AMENDED NOTICE OF DEPOSITION OF BARRY I. CASTLEMAN* (Attachments: # 1 Exhibit A)(SUMMERLIN, AMANDA) (Entered: 02/29/2012) |
| 03/02/2012 | 245 | NOTICE by CBS CORPORATION of Adoption of Co-Defendants' Motions in Limine and Other Pre-Trial Motions.(LAUTH, RICHARD) (INCORRECT PDF; HAS BEEN RE-FILED AT PAPER #247) Modified on 3/5/2012 (md). (Entered: 03/02/2012) |
| 03/02/2012 | 246 | NOTICE by CBS CORPORATION *of Withdrawal of Docket #245* |

| | | (LAUTH, RICHARD) (Entered: 03/02/2012) |
|---|---|---|
| 03/02/2012 | 247 | NOTICE by CBS CORPORATION of Adoption of Co-Defendants' Motions in Limine and Other Pre-Trial Motions.(LAUTH, RICHARD) Modified on 3/5/2012 (md). (Entered: 03/02/2012) |
| 03/02/2012 | 248 | MOTION in Limine *To Exclude Testimony of Plaintiffs Expert Dale Edwards, PE* filed by GENERAL ELECTRIC COMPANY.Certificate of Service. (Attachments: # 1 Exhibit A)(FONSTAD, JOHN) (Entered: 03/02/2012) |
| 03/02/2012 | 249 | MOTION in Limine *to Exclude Testimony of Plaintiffs Expert Arthur Frank, M.D., Ph.D.* filed by GENERAL ELECTRIC COMPANY.Certificate of Service. (Attachments: # 1 Exhibit A)(FONSTAD, JOHN) (Entered: 03/02/2012) |
| 03/02/2012 | 250 | MOTION in Limine *to Exclude Testimony of Plaintiffs Expert Carlos Bedrossian, M.D., Ph.D. (Hon.)* filed by GENERAL ELECTRIC COMPANY.Certificate of Service. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(FONSTAD, JOHN) (Entered: 03/02/2012) |
| 03/02/2012 | 251 | MOTION in Limine *to Exclude Testimony of Plaintiffs Expert Stephen Kenoyer* filed by GENERAL ELECTRIC COMPANY.Certificate of Service. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(FONSTAD, JOHN) (Entered: 03/02/2012) |
| 03/09/2012 | 252 | NOTICE by PAUL W GEHRT re 214 Notice (Other),, (Attachments: # 1 Wisconsin Court of Appeals Order of Unpublished Opinions, # 2 Exhibit A, # 3 Certificate of Service)(CASCINO, MICHAEL) (Entered: 03/09/2012) |
| 03/17/2012 | 253 | RESPONSE in Opposition re 249 MOTION in Limine *to Exclude Testimony of Plaintiffs Expert Arthur Frank, M.D., Ph.D.*, 250 MOTION in Limine *to Exclude Testimony of Plaintiffs Expert Carlos Bedrossian, M.D., Ph.D. (Hon.)*, 248 MOTION in Limine *To Exclude Testimony of Plaintiffs Expert Dale Edwards, PE*, 251 MOTION in Limine *to Exclude Testimony of Plaintiffs Expert Stephen Kenoyer* filed by PAUL W GEHRT. (Attachments: # 1 Exhibit A, # 2 Declaration, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Exhibit 13, # 16 Exhibit 14, # 17 Exhibit 15, # 18 Exhibit 16, # 19 Certificate of Service)(CASCINO, MICHAEL) (Entered: 03/17/2012) |
| 03/20/2012 | 254 | ORDER THAT DEFENDANT UNION CARBIDE CORPORATION'S MOTION FOR SUMMARY JUDGMENT IS GRANTED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 3/20/12. 3/20/12 ENTERED AND COPIES MAILED, E-MAILED.(mbh, ) (Entered: 03/20/2012) |
| 03/20/2012 | 🔒 | (Court only) *** Party UNION CARBIDE CORPORATION terminated., *** Attorney ROBERT N. SPINELLI; TOBIN J. TAYLOR; KENT L. PLOTNER and DAVID M. SETTER terminated. (mbh, ) (Entered: |

| | | 03/20/2012) |
|---|---|---|
| 03/20/2012 | 255 | MOTION for Leave to File *Supplement to Pl.'s Resp. in Opp. to Def. CBS Corp.'s Mot. Summ. J.* filed by PAUL W GEHRT.Affidavit, Certificate of Service. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Affidavit, # 4 Certificate of Service, # 5 Text of Proposed Order)(CASCINO, MICHAEL) (Entered: 03/20/2012) |
| 03/23/2012 | 256 | RESPONSE in Support re 251 MOTION in Limine *to Exclude Testimony of Plaintiffs Expert Stephen Kenoyer* filed by GENERAL ELECTRIC COMPANY. (FONSTAD, JOHN) (Entered: 03/23/2012) |
| 03/23/2012 | 257 | RESPONSE in Support re 248 MOTION in Limine *To Exclude Testimony of Plaintiffs Expert Dale Edwards, PE* filed by GENERAL ELECTRIC COMPANY. (FONSTAD, JOHN) (Entered: 03/23/2012) |
| 03/23/2012 | 258 | RESPONSE in Support re 250 MOTION in Limine *to Exclude Testimony of Plaintiffs Expert Carlos Bedrossian, M.D., Ph.D. (Hon.)* filed by GENERAL ELECTRIC COMPANY. (FONSTAD, JOHN) (Entered: 03/23/2012) |
| 03/23/2012 | 259 | RESPONSE in Support re 249 MOTION in Limine *to Exclude Testimony of Plaintiffs Expert Arthur Frank, M.D., Ph.D.* filed by GENERAL ELECTRIC COMPANY. (Attachments: # 1 Exhibit 1)(FONSTAD, JOHN) (Entered: 03/23/2012) |
| 03/26/2012 | 260 | NOTICE by PAUL W GEHRT *of Anticipated Disposition Prior to Final Pre-Remand Conference* (Attachments: # 1 Certificate of Service) (CASCINO, MICHAEL) (Entered: 03/26/2012) |
| 03/27/2012 | 261 | ORDER THAT DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT, LISTED IN EXHIBIT "A", ATTACHED, ARE GRANTED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 3/26/12. 3/27/12 ENTERED AND COPIES MAILED, E-MAILED.(mbh, ) (Entered: 03/27/2012) |
| 03/29/2012 | 262 | MOTION for Summary Judgment *on Failure to Warn Claims* filed by GENERAL ELECTRIC COMPANY.Certificate of Service. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(FONSTAD, JOHN) (Entered: 03/29/2012) |
| 04/02/2012 | 263 | ORDER THAT THE MOTION FOR SUMMARY JUDGMENT OF DEFENDANT GENERAL ELECTRIC CO. (DOC. NO. 156) IS GRANTED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 4/2/2012. 4/2/2012 ENTERED AND COPIES MAILED AND E-MAILED. (ems) (Entered: 04/02/2012) |
| 04/02/2012 | 🔒 | (Court only) ***Motions terminated: 228 MOTION to Strike *the Declaration of Paul W. Gehrt* filed by GENERAL ELECTRIC COMPANY, 249 MOTION in Limine *to Exclude Testimony of Plaintiffs Expert Arthur Frank, M.D., Ph.D.* filed by GENERAL ELECTRIC COMPANY, 251 MOTION in Limine *to Exclude Testimony of Plaintiffs Expert Stephen Kenoyer* filed by GENERAL ELECTRIC COMPANY, 248 MOTION in Limine *To Exclude Testimony of Plaintiffs Expert Dale* |

| | | |
|---|---|---|
| | | *Edwards, PE* filed by GENERAL ELECTRIC COMPANY, <u>250</u> MOTION in Limine *to Exclude Testimony of Plaintiffs Expert Carlos Bedrossian, M.D., Ph.D. (Hon.)* filed by GENERAL ELECTRIC COMPANY, <u>262</u> MOTION for Summary Judgment *on Failure to Warn Claims* filed by GENERAL ELECTRIC COMPANY. (ems) (Entered: 04/03/2012) |
| 04/02/2012 | <u>264</u> | ORDER THAT DEFENDANTS' MOTIONS FOR LEAVE TO FILE, LISTED IN EXHIBIT "A," ATTACHED, ARE GRANTED. THE REPLIES ARE DEEMED FILED.. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 3/30/12. 4/3/12 ENTERED AND COPIES MAILED, E-MAILED.(dp, ) (Entered: 04/03/2012) |
| 04/02/2012 | 🔒 | (Court only) ***Motions terminated: (46 in 2:08-cv-89437-ER) MOTION for Leave to File *Reply In Support Of Motion For Dismissal For Failure To Comply With Medical Submission Requirement Of Administrative Order No. 12 (Inadequate Exposure History)* filed by RHONE-POULENC AG CO, GEORGIA PACIFIC CORPORATION, (255 in 2:08-cv-92066-ER) MOTION for Leave to File *Supplement to Pl.'s Resp. in Opp. to Def. CBS Corp.'s Mot. Summ. J.* filed by PAUL W GEHRT. (lisad, ) (Entered: 04/05/2012) |
| 04/02/2012 | 🔒 | (Court only) ***Motions terminated: (lisad, ) (Entered: 04/19/2012) |
| 04/03/2012 | 🔒 | (Court only) ***Motions terminated: (50 in 2:08-cv-90126-ER, 52 in 2:08-cv-90138-ER, 73 in 2:08-cv-90226-ER, 58 in 2:08-cv-90175-ER) MOTION for Leave to File filed by WESTINGHOUSE ELECTRIC CORP, AMCHEM PRODUCTS, INC., UNION CARBIDE CHEMICALS & PLASTICS CO INC, RHONE-POULENC AG CO, Owens-Illinois Corp, UNION CARBIDE CORPORATION, GENERAL ELECTRIC, RHONE-POULENE AG, COMPANY, OWENS-ILLINOIS INC., OWENS-ILLINOIS CORP., MAREMOUNT CORP., BAYER CROPSCIENCE, INC., MAREMONT CORP, NOSROC CORPORATION, VIACOM, INC., RHONE-POULENC AG, CO., RHONE-POULENC AG COMPANY, I.U. NORTH AMERICA, INC., WESTINGHOUSE ELECTRIC SUPPLY COMPANY, GEORGIA-PACIFIC CORP, RHONE-POULENE AG. COMPANY, BAYER CROPSCIENCE, INC, Iu North America Inc, RHONE-POULENC AG, COMPANY, CBS CORPORATION, WESTINGHOUSE ELECTRIC CORPORATION, RHONE-POULENC AG., CO., GENERAL ELECTRIC COMPANY, RHONE-POULENC AG. COMPANY, GEORGIA-PACIFIC CORPORATION, NOSROC CORP., UNION CARBIDE CHEMICAL & PLASTICS CO., INC., UNION CARBIDE CHEMICALS AND PLASTICS CO., INC., GENERAL ELECTRIC CO, NOSROC CORP, RHONE-POULENC AG CO., RHONE-POULENE AG CO, MAREMONT CORPORATION, WESTINGHOUSE ELECTRIC CORP., MAREMONT CORP., (45 in 2:08-cv-88503-ER, 81 in 2:08-cv-89846-ER, 110 in 2:08-cv-89293-ER, 118 in 2:08-cv-89492-ER, 40 in 2:08-cv-88535-ER, 76 in 2:08-cv-89819-ER, 46 in 2:08-cv-89352-ER, 49 in 2:08-cv-89456-ER, 67 in 2:08-cv-89476-ER, 107 in 2:08-cv-89903-ER, 51 in 2:08-cv-89358-ER, 78 in 2:08-cv-89847-ER, 44 in 2:08-cv-88491-ER) MOTION for Leave to File filed by MARMONT CORPORATION, |

|  |  | RHONE-POULENE AG CO., WESTINGHOUSE ELECTRIC CORP, RHONE-POULENC AG CO, UNION CARBIDE CORPORATION, GENERAL ELECTRIC, OWENS-ILLINOIS CORPORATION, MAREMOUNT CORP., BAYER CROPSCIENCE, INC., WESTINGHOUSE ELECTRIC CO, MAREMONT CORP, NOSROC CORPORATION, AMCHEM, CBS CORPORATION, A DELAWARE CORPORATION, F/K/A VIACOM INC., SUCCESSOR BY MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, I.U. NORTH AMERICA, INC., OWENS ILLINOIS INC., BAYER CROPSCIENCE INC, BAYER CROPSCIENCE, INC, RHONE-POULENC AG, COMPANY, UNIROYAL INC., GEORGIA PACIFIC CORPORATION, WESTINGHOUSE ELECTRIC CORPORATION, CBS CORPORATION, GEORGIA PACIFIC CORPORATION, WESTINGHOUSE ELECTRIC CORPORATION, GENERAL ELECTRIC COMPANY, I U NORTH AMERICA INC, NOSROC CORP., GEORGIA-PACIFIC CORPORATION, UNION CARBIDE CHEMICALS AND PLASTICS CO INC, OWENS ILLINOIS INC, UNION CARBIDE CHEMICALS AND PLASTICS CO., INC., NOSROC CORP, RHONE-POULENC AG CO., WESTINGTONHOUSE ELECTRIC CORPORATION, GEORGIA-PACIFIC CORP., RHONE-POULENE AG, CO., MAREMONT CORPORATION, UNIROYAL INC, WESTINGHOUSE ELECTRIC CORP., (42 in 2:08-cv-91067-ER, 65 in 2:08-cv-92175-ER, 126 in 2:08-cv-92139-ER, 41 in 2:08-cv-91017-ER) MOTION for Leave to File filed by UNION CARBIDE CHEMICALS AND PLASTICS CO, INC, HONEYWELL INC, UNION CARBIDE CHEMICALS & PLASTICS CO INC, UNION CARBIDE CORPORATION, GENERAL ELECTRIC COMPANY, INC., IU NORTH AMERICA INC., UNIROYAL, INC, OWENS-ILLINOIS CORPORATION, BAYER CROPSCIENCE, INC., RHONE-POULENC AG. CO., BAYER CROPSCIENCE INC., OWENS ILLINOIS CORP, MAREMONT CORP, RHONE-POULENC AG COMPANY, I.U. NORTH AMERICA, INC., BAYER CROPSCIENCE INC, GENERAL ELECTRIC COMPANY, INC, OWENS ILLINOIS CORP., GEORGIA PACIFIC CORPORATION, WESTINGHOUSE ELECTRIC CORPORATION, CBS CORPORATION, GENERAL ELECTRIC COMPANY, NOSROC CORP., GEORGIA-PACIFIC CORPORATION, UNION CARBIDE CHEMICALS AND PLASTICS CO INC, RHONE POULENC AG CO, GENERAL ELECTRIC CO, VIACOM INC, NOSROC CORP, OWENS ILLINOIS CORPORATION, I. U. NORTH AMERICA, INC., MAREMONT CORP.. (dp, ) (Entered: 04/03/2012) |
| 04/03/2012 | 265 | ORDER THAT THE MOTION FOR SUMMARY JUDGMENT OF DEFENDANT CBS CORPORATION IS GRANTED IN PART AND DENIED IN PART. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 4/3/12. 4/4/12 ENTERED AND COPIES MAILED, E-MAILED.(mbh, ) (Entered: 04/04/2012) |
| 04/09/2012 | 266 | Response to Plaintiffs Notice of Anticipated Disposition Prior to Final Pre-Remand Conference by CBS CORPORATION re 260 Notice (Other). Certificate of Service. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (LAUTH, RICHARD). Modified on 4/10/2012 (ahf, ). (Entered: |

| | | 04/09/2012) |
|---|---|---|
| 04/12/2012 | 267 | MOTION for Leave to File , *Instanter, its Supplemental Response to Plaintiffs' Notice of Anticipated Disposition Prior to Final Pre-Remand Conference* filed by CBS CORPORATION.Certificate of Service. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit of CBS Corporation's Supplemental Response to Plaintiffs' Notice of Anticipated Disposition Prior to Final Pre-Remand Conference and Proposed Order) (LAUTH, RICHARD) (Entered: 04/12/2012) |
| 04/12/2012 | 268 | ORDER THAT DEFENDANT GENERAL ELECTRIC COMPANY'S REMAINING MOTIONS FOR SUMMARY JUDGMENT INTHIS CASE, DIRECTED AT PLAINTIFFS' FAILURE TO WARN CLAIMS IN THE CASES LISTED IN EXHIBIT "A", ATTACHED, ARE DENIED AS MOOT. IT IS FURTHER ORDERED THAT, IN LIGHT OF THIS ORDER, THE HEARING PREVIOUSLY SCHEDULED FOR 5/8/12 IS CANCELLED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 4/12/12. 4/13/12 ENTERED AND COPIES MAILED, E-MAILED. (mbh, ) (Entered: 04/13/2012) |
| 04/24/2012 | 269 | ORDER THAT FOSTER WHEELER'S "MOTION FOR SET-OFF" IS DENIED PURSUANT TO THIS COURT'S 2/1/12 ORDER DENYING ALL MOTIONS IN LIMINE WITHOUT PREJUDICE. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 4/24/12. 4/25/12 ENTERED AND COPIES MAILED, E-MAILED.(mbh, ) (Entered: 04/25/2012) |
| 04/27/2012 | 270 | PLAINTIFFS' OBJECTIONS TO SCHEDULING ORDERS ENTERED ON 4/12/2012. (SEE PAPER #8551 ON 01-MD-875 FOR PDF AND CASE LIST)(stwe, ) (Entered: 04/27/2012) |
| 04/30/2012 | 271 | CERTAIN DEFENDANTS' COMBINED MOTION AND BRIEF FOR PROTECTIVE ORDER CONCERNING REQUESTS TO ADMIT AND REQUESTS FOR PRODUCTION PROPOUNDED BY PLAINTIFFS. (stwe, ) (SEE 01-MD-875 PAPER NO. 8554 FOR COMPLETE DOCUMENT PDF) Modified on 4/30/2012 (td, ). (Entered: 04/30/2012) |
| 05/02/2012 | 272 | PLAINTIFFS' MOTION FOR RULE 16 CONFERENCE.CERTIFICATE OF SERVICE (Attachments: # 1 Text of Proposed Order, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit)(dp, ) (Entered: 05/02/2012) |
| 05/03/2012 | 273 | ORDER THAT DEFENDANTS' RESPONSES TO PLAINTIFFS' OBJECTIONS TO SCHEDULING ORDERS ENTERED ON 4/12/12 (E.G. 08-88250 DOC.68) AND PLAINTIFFS' MOTION FOR RULE 16 CONFERENCE (E.G. 08-88250 DOC.71) SHALL BE CONSOLIDATED INTO ONE RESPONSE BRIEF AND SHALL BE DUE BY 5/9/12.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 5/3/12. 5/4/12 ENTERED AND COPIES MAILED, E-MAILED.(dp, ) (Entered: 05/04/2012) |
| 05/10/2012 | 274 | CERTAIN DEFENDANTS' COMBINED RESPONSE TO PLAINTIFFS' OBJECTIONS TO SCHEDULING ORDERS ENTERED 4/12/2012 AND PLAINTIFFS' MOTION FOR RULE 16 CONFERENCE (stwe, ) |

| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D1, # 5 Exhibit D2, # 6 Exhibit D3, # 7 Exhibit D4, # 8 Exhibit E, # 9 Exhibit F1, # 10 Exhibit F2, # 11 Exhibit F3, # 12 Exhibit F4, # 13 Exhibit F5, # 14 Exhibit F6, # 15 Exhibit F7, # 16 Exhibit G, # 17 Exhibit H, # 18 Exhibit I) (stwe, ) (Entered: 05/10/2012) |
| 05/10/2012 | 275 | PLAINTIFFS' RESPONSE IN OPPOSITION TO CERTAIN DEFENDANTS' MOTION FOR PROTECTIVE ORDER CONCERNING REQUESTS TO ADMIT AND REQUESTS FOR PRODUCTION PROPOUNDED BY PLAINTIFFS (Attachments: # 1 Text of Proposed Order, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit)(dp, ) (Entered: 05/10/2012) |
| 05/11/2012 | 276 | MOTION for Costs *, Expenses, and Attorneys' Fees* filed by OWENS-ILLINOIS, INC..Certificate of Service. (Attachments: # 1 Exhibit A - E-Mail from E. Casmere to R. McCoy, # 2 Exhibit B - E-Mail from E. Casmere to R. McCoy)(WATSON, BRIAN) (Entered: 05/11/2012) |
| 05/15/2012 | 277 | Memorandum of Law re 230 MOTION For Leave to File Plaintiffs' Amended Brief on Asbestos Exposure Proximate Causaton Law re 221 Order, *Plaintiffs' Supplemental Brief Regarding Illinois Proximate Causation Law and the Appellate Case of Zickuhr v. Ericsson* filed by PAUL W GEHRT. (Attachments: # 1 Exhibit A, # 2 Certificate of Service) (CASCINO, MICHAEL) (Entered: 05/15/2012) |
| 05/15/2012 | 278 | ORDER THAT THE MOTION TO STAY FILED BY BECHTEL, CERTAINEED AND UNION CARBIDE IS DENIED AS MOOT. THE MOTION TO DISMISS OF BECHTEL IS DENIED AS MOOT. THE MOTION FOR PROTECTIVE ORDER FILED BY OWENS ILLINOIS IS DENIED WITHOUT PREJUDICE. THE MOTION FOR LEAVE TO FILE FILED BY CBS CORP. IS DENIED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 5/15/12. 5/16/12 ENTERED AND COPIES MAILED, E-MAILED.(mbh, ) (Entered: 05/16/2012) |
| 05/16/2012 | 279 | ORDER THAT THE COURT SUGGESTS THAT THIS CASE SHOULD BE REMANDED TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS FOR RESOLUTION OF ALL MATTERS PENDING WITHING THIS CASE EXCEPT PUNITIVE DAMAGES. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 5/15/12. 5/17/12 ENTERED AND COPIES MAILED, E-MAILED.(mbh, ) (Entered: 05/17/2012) |
| 05/17/2012 | 280 | CERTAIN DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER CONCERNING REQUESTS TO ADMIT AND REQUESTS FOR PRODUCTION PROPOUNDED BY PLAINTIFFS. CERTIFICATE OF SERVICE. (SEE 8580 IN 01-MD-875 FOR COMPLETE DOCUMENT PDF) (Attachments: # 1 Exhibit)(dp, ) (Entered: 05/17/2012) |
| 05/17/2012 | 281 | ORDER THAT THE MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER IS GRANTED. (SEE PAPER NO. 8585 ON 01-MD-875 FOR CASE LIST) SIGNED BY |

| | | MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 5/17/2012. (stwe, ) (Entered: 05/18/2012) |
|---|---|---|
| 05/17/2012 | 🔒 | (Court only) ***Motions terminated: 280 MOTION for Leave to File filed by CERTAINTEED CORP. (gs, ) (Entered: 05/18/2012) |
| 05/17/2012 | 282 | CERTAIN DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER CONCERNING REQUESTS TO ADMIT AND REQUESTS FOR PRODUCTION PROPOUNDED BY PLAINTIFFS. (SEE 01-875 PAPER NO. 8586 FOR COMPLETE DOCUMENT PDF) (dp, ) (Entered: 05/18/2012) |
| 05/21/2012 | 283 | ORDER THAT THE COURT SUGGESTS THAT THIS CASE SHOULD BE REMANDED TO THE UNITED STATES DISTRICT FOR THE CENTRAL DISTRICT OF ILLINOIS FOR RESOLUTION OF ALL MATTERS PENDING WITHIN THIS CASE EXCEPT PUNITIVE DAMAGES. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 5/21/12. 5/22/12 ENTERED AND COPIES MAILED, E-MAILED.(mbh, ) (Entered: 05/22/2012) |
| 05/22/2012 | 284 | NOTICE by PAUL W GEHRT re 283 Order, 279 Order, *Plaintiff's Notice of Consent to Trial in the United States District Court for the Eastern District of Pennsylvania* (Attachments: # 1 Certificate of Service) (CASCINO, MICHAEL) (Entered: 05/22/2012) |
| 05/29/2012 | 285 | ORDER THAT PLAINTIFF'S OBJECTIONS TO SCHEDULING ORDERS ENTERED APRIL 12, 2012, LISTED IN EXHIBIT "A," ATTACHED, ARE OVERRULED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 5/25/2012. 5/29/2012 ENTERED AND COPIES MAILED AND E-MAILED. (aeg, ) (Entered: 05/29/2012) |
| 05/29/2012 | 286 | Copy of Conditional Remand Order from the Judicial Panel on Multidistrict Litigation that all claims in the actions on this order except the severed damages claims be remanded to its respective transferor courts: AZ-D 2:94-867; IL-C 1:99-1263, 2:94-2282, 2:96-2071; IL-N 1:11-1954; MD-D 1:11-13; NC-W 1:09-167, 1:09-224; WI-W 3:09-726. (See Paper # 8601 in 01-md-875). (tjd) (Entered: 05/30/2012) |
| 05/29/2012 | 🔒 | (Court only) ***Motions terminated: 276 MOTION for Costs *, Expenses, and Attorneys' Fees* filed by OWENS-ILLINOIS, INC., 272 MOTION for Hearing filed by LINDA MAULDING., ***Deadlines terminated. (tjd) (Entered: 05/30/2012) |
| 05/30/2012 | | Certified Copy of Conditional Remand Order along with a copy of the docket mailed to the Central District of Illinois. (tjd) (Entered: 05/30/2012) |